IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

UNITED STATES OF AMERICA,

                Plaintiff,

            v.                        Case No. 8:22-cr-00440-PX

NADER POURHASSAN, and
KAZEM KAZEMPOUR,

                Defendants.

---

**DEFENDANT NADER POURHASSAN'S MOTION TO DISMISS
THE INDICTMENT**

**EXHIBIT INDEX**

| | |
|---|---|
| Exhibit A | SEC Form 4, Nader Pourhassan May 4, 2020 |
| Exhibit B | Schedule 14A May 28, 2020 |