MEMORANDUM OF LAW IN SUPPORT OF DEFENDANT
NADER POURHASSAN'S MOTION TO DISMISS INDICTMENT

# EXHIBIT A

SEC Form 4

# FORM 4

UNITED STATES SECURITIES AND EXCHANGE COMMISSION
Washington, D.C. 20549

## STATEMENT OF CHANGES IN BENEFICIAL OWNERSHIP

Filed pursuant to Section 16(a) of the Securities Exchange Act of 1934
or Section 30(h) of the Investment Company Act of 1940

| OMB APPROVAL | |
|---|---|
| OMB Number: | 3235-0287 |
| Estimated average burden hours per response: | 0.5 |

☐ Check this box if no longer subject to Section 16. Form 4 or Form 5 obligations may continue. *See* Instruction 1(b).

**1. Name and Address of Reporting Person***
Pourhassan Nader
(Last) (First) (Middle)
1111 MAIN STREET, SUITE 660
(Street)
VANCOUVER   WA   98660
(City) (State) (Zip)

**2. Issuer Name and Ticker or Trading Symbol**
CytoDyn Inc. [ CYDY ]

**3. Date of Earliest Transaction (Month/Day/Year)**
04/30/2020

**4. If Amendment, Date of Original Filed (Month/Day/Year)**

**5. Relationship of Reporting Person(s) to Issuer** (Check all applicable)
X Director
X Officer (give title below)   Other (specify below)
   10% Owner
President & CEO

**6. Individual or Joint/Group Filing (Check Applicable Line)**
X Form filed by One Reporting Person
☐ Form filed by More than One Reporting Person

## Table I - Non-Derivative Securities Acquired, Disposed of, or Beneficially Owned

| 1. Title of Security (Instr. 3) | 2. Transaction Date (Month/Day/Year) | 2A. Deemed Execution Date, if any (Month/Day/Year) | 3. Transaction Code (Instr. 8) | | 4. Securities Acquired (A) or Disposed Of (D) (Instr. 3, 4 and 5) | | | 5. Amount of Securities Beneficially Owned Following Reported Transaction(s) (Instr. 3 and 4) | 6. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 7. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Code | V | Amount | (A) or (D) | Price | | | |
| Common Stock | 04/30/2020 | | M | | 200,000 | A | $0.9 | 517,417 | D | |
| Common Stock | 04/30/2020 | | M | | 325,000 | A | $0.87 | 842,417 | D | |
| Common Stock | 04/30/2020 | | M | | 152,000 | A | $0.75 | 994,417 | D | |
| Common Stock | 04/30/2020 | | M | | 600,000 | A | $1.09 | 1,594,417 | D | |
| Common Stock | 04/30/2020 | | M | | 199,800 | A | $0.57 | 1,794,217 | D | |
| Common Stock | 04/30/2020 | | M | | 600,000 | A | $0.8 | 2,394,217 | D | |
| Common Stock | 04/30/2020 | | M | | 116,550 | A | $0.49 | 2,510,767 | D | |
| Common Stock | 04/30/2020 | | M | | 1,000,000 | A | $0.565 | 3,510,767 | D | |
| Common Stock | 04/30/2020 | | M | | 187,817 | A | $0.39 | 3,698,584 | D | |
| Common Stock | 04/30/2020 | | M | | 2,000,000 | A | $0.63 | 5,698,584 | D | |
| Common Stock | 04/30/2020 | | S | | 2,219,837 | D | $3.5312[1] | 3,478,747 | D | |
| Common Stock | 05/01/2020 | | S | | 1,399,685 | D | $3.2644[2] | 2,079,062 | D | |
| Common Stock | 05/04/2020 | | M | | 30,933 | A | $0.39 | 2,109,995 | D | |
| Common Stock | 05/04/2020 | | S | | 1,201,652 | D | $2.7904[3] | 908,343 | D | |
| Common Stock | | | | | | | | 15,570 | I | By Spouse |

## Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Employee Stock Option | $0.9 | 04/30/2020 | | M | | | 150,000 | 06/30/2018 | 06/30/2025 | Common Stock | 150,000 | $0 | 0 | D | |
| Employee Stock Option | $0.87 | 04/30/2020 | | M | | | 325,000 | 11/23/2015 | 11/23/2025 | Common Stock | 325,000 | $0 | 0 | D | |
| Employee Stock Option | $0.75 | 04/30/2020 | | M | | | 152,000 | 01/04/2016 | 01/04/2026 | Common Stock | 152,000 | $0 | 0 | D | |
| Employee Stock | $1.09 | 04/30/2020 | | M | | | 600,000 | 06/01/2019 | 06/01/2026 | Common Stock | 600,000 | $0 | 0 | D | |

Table II - Derivative Securities Acquired, Disposed of, or Beneficially Owned
(e.g., puts, calls, warrants, options, convertible securities)

| 1. Title of Derivative Security (Instr. 3) | 2. Conversion or Exercise Price of Derivative Security | 3. Transaction Date (Month/Day/Year) | 3A. Deemed Execution Date, if any (Month/Day/Year) | 4. Transaction Code (Instr. 8) | | 5. Number of Derivative Securities Acquired (A) or Disposed of (D) (Instr. 3, 4 and 5) | | 6. Date Exercisable and Expiration Date (Month/Day/Year) | | 7. Title and Amount of Securities Underlying Derivative Security (Instr. 3 and 4) | | 8. Price of Derivative Security (Instr. 5) | 9. Number of derivative Securities Beneficially Owned Following Reported Transaction(s) (Instr. 4) | 10. Ownership Form: Direct (D) or Indirect (I) (Instr. 4) | 11. Nature of Indirect Beneficial Ownership (Instr. 4) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | Code | V | (A) | (D) | Date Exercisable | Expiration Date | Title | Amount or Number of Shares | | | | |
| Option | | | | | | | | | | | | | | | |
| Employee Stock Option | $0.57 | 04/30/2020 | | M | | 199,800 | | 06/01/2019 | 06/01/2027 | Common Stock | 199,800 | $0 | 100,200[4] | D | |
| Employee Stock Option | $0.9 | 04/30/2020 | | M | | 50,000 | | 06/18/2019 | 06/18/2029 | Common Stock | 50,000 | $0 | 0 | D | |
| Employee Stock Option | $0.8 | 04/30/2020 | | M | | 600,000 | | 02/15/2018 | 02/15/2023 | Common Stock | 600,000 | $0 | 0 | D | |
| Employee Stock Option | $0.49 | 04/30/2020 | | M | | 116,550 | | 06/08/2019 | 06/08/2028 | Common Stock | 116,550 | $0 | 233,450[5] | D | |
| Employee Stock Option | $0.565 | 04/30/2020 | | M | | 1,000,000 | | 04/08/2019 | 11/08/2028 | Common Stock | 1,000,000 | $0 | 0 | D | |
| Employee Stock Option | $0.39 | 04/30/2020 | | M | | 187,817 | | 04/07/2019 | 10/07/2029 | Common Stock | 187,817 | $0 | 187,183[6] | D | |
| Employee Stock Option | $0.63 | 04/30/2020 | | M | | 2,000,000 | | 12/19/2019 | 12/19/2029 | Common Stock | 2,000,000 | $0 | 0 | D | |
| Employee Stock Option | $0.39 | 05/04/2020 | | M | | 30,933 | | 10/07/2019 | 10/07/2029 | Common Stock | 30,933 | $0 | 156,250[6] | D | |

**Explanation of Responses:**

1. This transaction was executed in multiple trades at prices ranging from $3.44 to $3.74. The price above reflects the weighted-average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the Issuer, or a security holder of the Issuer full information regarding the number of shares and prices at which the transaction was effected.
2. This transaction was executed in multiple trades at prices ranging from $3.13 to $3.54. The price above reflects the weighted-average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the Issuer, or a security holder of the Issuer full information regarding the number of shares and prices at which the transaction was effected.
3. This transaction was executed in multiple trades at prices ranging from $2.53 to $3.00. The price above reflects the weighted-average sale price. The reporting person hereby undertakes to provide upon request to the SEC staff, the Issuer, or a security holder of the Issuer full information regarding the number of shares and prices at which the transaction was effected.
4. Option grant vests over a three year period beginning June 1, 2018.
5. Option grant vests over a three year period beginning June 8, 2019.
6. Option grant vests in equal monthly installments over a 12-month period beginning October 7, 2019.

Arian Colachis, Attorney-in-fact    05/04/2020
** Signature of Reporting Person         Date

Reminder: Report on a separate line for each class of securities beneficially owned directly or indirectly.
* If the form is filed by more than one reporting person, *see* Instruction 4 (b)(v).
** Intentional misstatements or omissions of facts constitute Federal Criminal Violations *See* 18 U.S.C. 1001 and 15 U.S.C. 78ff(a).
Note: File three copies of this Form, one of which must be manually signed. If space is insufficient, *see* Instruction 6 for procedure.
**Persons who respond to the collection of information contained in this form are not required to respond unless the form displays a currently valid OMB Number.**