IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | |
| v. | 8:22-cr-00440-PX |
| NADER POURHASSAN, and KAZEM KAZEMPOUR, | |
| Defendants. | |

---

### DEFENDANT NADER POURHASSAN'S MOTION TO SEVER HIS TRIAL FROM THAT OF HIS CO-DEFENDANT

Defendant Nader Pourhassan, through counsel, moves this Court, pursuant to Federal Rule of Criminal Procedure 14(a), and the Fifth and Sixth Amendments of the United States Constitution, to sever his trial from that of his co-defendant, Kazem Kazempour.

The grounds for the motion are set forth in the accompanying memorandum of law.

Dated:   July 25, 2023

                                        Respectfully submitted,

                                        Linklaters LLP

                                        By:   */s/ Adam S. Lurie*
                                        Adam S. Lurie (MD Bar # 2109280004)
                                        Doug Davison, *Pro Hac Vice*
                                        601 13th St. NW #400
                                        Washington, D.C. 20005
                                        (202) 654-9200
                                        adam.lurie@linklaters.com
                                        doug.davison@linklaters.com

                                        Nicole E. Jerry, *Pro Hac Vice*
                                        Charlene Valdez Warner, *Pro Hac Vice*

1290 Avenue of the Americas
New York, NY 10104
(212) 903-9000
nicole.jerry@linklaters.com
charlene.warner@linklaters.com

*Attorneys for Defendant Nader Pourhassan*

2