# EXHIBIT E

**From:** Strayhorn, Suzanne
**To:** Mather, Maridehl; Akunne, Linda
**Cc:** Ryer, Julie
**Subject:** RE: BLA 761144 communications
**Date:** Monday, June 13, 2022 8:29:42 AM
**Attachments:** image001.png

Hi Maridehl,

In the table below if there is "Electronic" or "Mail" in the column titled "Sent Via" this represents a communication sent to CytoDyn. N/A in this column would be an internal communication. Blank areas are incoming submissions from CytoDyn.

Hope this helps.
Suzanne

**From:** Mather, Maridehl <Maridehl.Mather@fda.hhs.gov>
**Sent:** Friday, June 10, 2022 9:00 PM
**To:** Strayhorn, Suzanne <Suzanne.Strayhorn@fda.hhs.gov>; Akunne, Linda <Linda.Akunne@fda.hhs.gov>
**Cc:** Ryer, Julie <Julie.Ryer@fda.hhs.gov>
**Subject:** RE: BLA 761144 communications

Thanks, Suzanne. This is very helpful. Are these communications FROM FDA to Cytodyn? Linda sent me a link to the DARRTS download, but it only had the communications FROM CytoDyn to FDA.

**From:** Strayhorn, Suzanne <Suzanne.Strayhorn@fda.hhs.gov>
**Sent:** Friday, June 10, 2022 5:03 PM
**To:** Mather, Maridehl <Maridehl.Mather@fda.hhs.gov>; Akunne, Linda <Linda.Akunne@fda.hhs.gov>
**Cc:** Ryer, Julie <Julie.Ryer@fda.hhs.gov>
**Subject:** RE: BLA 761144 communications

So some good news – there are no communications in CARRTs for BLA 761144 from 2018 as this did not open (first submission) until March 15, 2019.

I forgot how this was set-up for you but there are numerous 2018 communications in DARRTS that can be pulled ?

| Supporting Document Number/Communication Author | eCTD Sequence Number | Received / Communication Date | Sent Via | Submit / Final Date | Supporting Document Category/Subcategory / Communication Function | Submission Type-Submission Number (Submission Classification) | Archive/EDR |
|---|---|---|---|---|---|---|---|
| 259 | 254 | 1/3/2019 | | 1/3/2019 | Clinical/Response To Information Request | Original-1 | EDR |
| WINESTOCK, KAREN D | | 12/28/2018 | ELECTRONIC | 12/28/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 12/21/2018 | ELECTRONIC | 12/21/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| 258 | 253 | 12/19/2018 | | 12/19/2018 | Pediatric Study Plan/Pediatric Study Plan - Other | Pediatric Study Plan-1 (Initial) | EDR |
| 257 | 252 | 12/12/2018 | | 12/12/2018 | Pediatric Study Plan/Pediatric Study Plan - Resubmission | Pediatric Study Plan-1 (Initial) | EDR |
| STRAYHORN, SUZANNE K | | 12/7/2018 | ELECTRONIC | 12/7/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| 256 | 251 | 12/4/2018 | | 12/4/2018 | Quality/Response To Information Request | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 11/30/2018 | ELECTRONIC | 11/30/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| CHAUDHRY, AZEEM D | | 11/30/2018 | MAIL | 11/30/2018 | COR-HF-C2 (Human Factors Validation Study Protocol Advice) | Original-1 | Archive |
| 255 | 250 | 11/26/2018 | | 11/26/2018 | Clinical Pharmacology/Response To Information Request | Original-1 | EDR |
| VAUGHAN, VALERIE S | | 11/21/2018 | N/A | 11/21/2018 | REV-SURVEPI-32 (Human Factors Validation Protocol) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 11/19/2018 | ELECTRONIC | 11/19/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| MORJE, ALICIA | | 11/19/2018 | ELECTRONIC | 11/19/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| 254 | 249 | 11/8/2018 | | 11/8/2018 | Rolling Submission/Rolling Review Designation Request | General Information-1 | EDR |
| 253 | 248 | 11/7/2018 | | 11/7/2018 | Non-Clinical/Response To Information Request | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 11/6/2018 | MAIL | 11/6/2018 | COR-PSP-02 (Pediatric Study Plan - Incomplete) | Pediatric Study Plan-1 (Initial) | Archive |
| STRAYHORN, SUZANNE K | | 11/6/2018 | ELECTRONIC | 11/6/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 11/6/2018 | N/A | 11/6/2018 | CONSULTREV-NONCDER-05 (Consult Review from CDRH) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 11/6/2018 | N/A | 11/6/2018 | FRM-CONSULT-02 (Intercenter/Combination Products Consult) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 11/6/2018 | ELECTRONIC | 11/6/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| 252 | 247 | 11/6/2018 | | 11/6/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| 251 | 246 | 10/29/2018 | | 10/29/2018 | Pediatric Study Plan/Initial Pediatric Study Plan | Pediatric Study Plan-1 (Initial) | EDR |
| DUBIVION, JOHN H | | 10/24/2018 | N/A | 10/24/2018 | REV-NONCLINICAL-21 (Primary Review); REV-NONCLINICAL-21 (Primary Review) | General Information-1; Original-1 | Archive |
| MILLS, SHARON R. | | 10/23/2018 | N/A | 10/23/2018 | CONSULTREV-PLREV-01 (Patient Labeling Review) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 10/22/2018 | ELECTRONIC | 10/22/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| 250 | 245 | 10/17/2018 | | 10/17/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| CHAUDHRY, AZEEM D | | 10/10/2018 | N/A | 10/10/2018 | FRM-CONSULT-26 (Patient Labeling Consult Request) | Original-1 | Archive |
| 249 | 244 | 10/5/2018 | | 10/5/2018 | Quality/Response To Information Request | Original-1 | EDR |
| 248 | 243 | 10/4/2018 | | 10/4/2018 | Quality/Response To Information Request; Clinical Pharmacology/Response To Information Request | Original-1 | EDR |
| 247 | 242 | 10/3/2018 | | 10/3/2018 | Human Factors/Response to Information Request | Original-1 | EDR |
| TAUBER, WILLIAM B | | 10/1/2018 | N/A | 10/1/2018 | REV-CLIN CAL-21 (Primary Review) | Original-1 | Archive |
| CHAUDHRY, AZEEM D | | 9/25/2018 | ELECTRONIC | 9/25/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| 246 | 241 | 9/14/2018 | | 9/14/2018 | Human Factors/Protocol; Human Factors/Use-Related Risk Analysis | Original-1 | EDR |
| TAUBER, WILLIAM B | | 9/10/2018 | N/A | 9/10/2018 | REV-CLIN CAL-21 (Primary Review) | Original-1 | Archive |
| NAEGER, LISA K | | 8/30/2018 | N/A | 8/30/2018 | REV-CLINMICRO-21 (Primary Review) | Original-1 | Archive |
| DUBIVION, JOHN H | | 8/22/2018 | N/A | 8/22/2018 | REV-NONCLINICAL-21 (Primary Review) | Original-1 | Archive |
| HONG, MYUNG JOO P | | 8/22/2018 | ELECTRONIC | 8/22/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| HONG, MYUNG JOO P | | 8/21/2018 | ELECTRONIC | 8/21/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| SUN, HENGRUI N | | 8/21/2018 | N/A | 8/21/2018 | REV-BIOMETRICS-21 (Primary Review) | Original-1 | Archive |
| 245 | 240 | 8/9/2018 | | 8/9/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| 244 | 239 | 8/8/2018 | | 8/8/2018 | Clinical/Consent Form; Protocol/New Clinical Protocol | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 8/7/2018 | ELECTRONIC | 8/7/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| 243 | 238 | 8/7/2018 | | 8/7/2018 | New/Annual Report | Annual Report-14 | EDR |
| TAUBER, WILLIAM B | | 8/1/2018 | N/A | 8/1/2018 | REV-CLIN CAL-21 (Primary Review) | Original-1 | Archive |
| TAUBER, WILLIAM B | | 7/24/2018 | N/A | 7/24/2018 | REV-CLIN CAL-21 (Primary Review) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 7/24/2018 | ELECTRONIC | 7/24/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| STRAYHORN, SUZANNE K | | 7/24/2018 | ELECTRONIC | 7/24/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| STRAYHORN, SUZANNE K | | 7/18/2018 | MAIL | 7/18/2018 | COR-MEET-03 (Meeting Minutes); COR-MEET-03 (Meeting Minutes) | Original-1; General Information-1 | Archive |
| 242 | 237 | 7/12/2018 | | 7/12/2018 | Protocol/Change; Clinical/Consent Form | Original-1 | EDR |
| JOHNSON, SARAH A | | 7/5/2018 | N/A | 7/5/2018 | REV-QUALITY-21 (Primary Review) | General Information-1 | Archive |
| SUN, HENGRUI N | | 6/22/2018 | N/A | 6/22/2018 | REV-BIOMETRICS-21 (Primary Review) | General Information-1 | Archive |
| TAUBER, WILLIAM B | | 6/22/2018 | N/A | 6/22/2018 | REV-CLIN CAL-21 (Primary Review) | Original-1 | Archive |
| NAEGER, LISA K | | 6/21/2018 | N/A | 6/21/2018 | REV-CLINMICRO-21 (Primary Review); REV-CLINMICRO-21 (Primary Review) | General Information-1; Original-1 | Archive |
| HSU, CHIH-JUNG | | 6/19/2018 | N/A | 6/19/2018 | REV-QUALITY-21 (Primary Review) | Original-1 | Archive |
| HSU, CHIH-JUNG | | 6/19/2018 | N/A | 6/19/2018 | REV-QUALITY-21 (Primary Review) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 6/15/2018 | ELECTRONIC | 6/15/2018 | COR-MEET-05 (Meeting- Preliminary Comments); COR-MEET-05 (Meeting- Preliminary Comments) | General Information-1; Original-1 | Archive |
| 241 | 236 | 6/7/2018 | | 6/7/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 6/6/2018 | ELECTRONIC | 6/6/2018 | COR-INDAD-02 (Advice/Information Request); COR-INDAD-02 (Advice/Information Request) | Original-1; General Information-1 | Archive |
| STRAYHORN, SUZANNE K | | 6/5/2018 | MAIL | 6/5/2018 | COR-BREAK-03 (Deny Breakthrough Therapy Designation), COR-BREAK-03 (Deny Breakthrough Therapy Designation) | Original-1; General Information-1 | Archive |
| STRAYHORN, SUZANNE K | | 6/5/2018 | ELECTRONIC | 6/5/2018 | COR-INDAD-02 (Advice/Information Request); COR-INDAD-02 (Advice/Information Request) | General Information-1; Original-1 | Archive |
| TAUBER, WILLIAM B | | 5/29/2018 | N/A | 5/29/2018 | REV-CLIN CAL-24 (Breakthrough Therapy Designation Determination) | General Information-1 | Archive |
| 240 | 235 | 5/29/2018 | | 5/29/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| 239 | 234 | 5/24/2018 | | 5/24/2018 | Non-Clinical/Non-Clinical Information | Original-1 | EDR |
| NAEGER, LISA K | | 5/21/2018 | N/A | 5/21/2018 | REV-CLINMICRO-21 (Primary Review) | General Information-1 | Archive |
| 238 | 233 | 5/18/2018 | | 5/18/2018 | Meeting/Meeting Package, Clinical/Response To Information Request | General Information-1; Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 5/14/2018 | ELECTRONIC | 5/14/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| STRAYHORN, SUZANNE K | | 5/14/2018 | ELECTRONIC | 5/14/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| TAUBER, WILLIAM B | | 5/11/2018 | N/A | 5/11/2018 | REV-CLIN CAL-21 (Primary Review) | Original-1 | Archive |
| SUN, HENGRUI N | | 5/5/2018 | N/A | 5/5/2018 | REV-BIOMETRICS-21 (Primary Review) | General Information-1 | Archive |
| 237 | 232 | 5/5/2018 | | 5/5/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 4/30/2018 | MAIL | 4/30/2018 | COR-MEET-01 (Meeting Request Granted) | General Information-1 | Archive |
| SUN, HENGRUI N | | 4/29/2018 | N/A | 4/29/2018 | REV-BIOMETRICS-21 (Primary Review) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 4/27/2018 | ELECTRONIC | 4/27/2018 | COR-INDAD-02 (Advice/Information Request); COR-INDAD-02 (Advice/Information Request) | General Information-1; Original-1 | Archive |
| SUN, HENGRUI N | | 4/19/2018 | N/A | 4/19/2018 | REV-BIOMETRICS-21 (Primary Review) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 4/17/2018 | MAIL | 4/17/2018 | COR-BREAK-01 (Acknowledge Breakthrough Therapy Designation Request ) | General Information-1 | Archive |
| 236 | 231 | 4/16/2018 | | 4/5/2018 | Breakthrough Therapy/Designation Request | General Information-1 | EDR |
| STRAYHORN, SUZANNE K | | 4/5/2018 | ELECTRONIC | 4/5/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| 234 | | 4/5/2018 | | 4/5/2018 | Quality/Quality Information | Original-1 | EDR |
| NAEGER, LISA K | | 4/2/2018 | N/A | 4/2/2018 | REV-CLINMICRO-21 (Primary Review) | Original-1 | Archive |
| SHAH, MILLIE B | | 3/28/2018 | N/A | 3/28/2018 | CONSULTREV-SAFETY-11 (Medication Error Review) | Original-1 | Archive |
| 233 | | 3/27/2018 | | 3/27/2018 | Protocol/New Clinical Protocol | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 3/22/2018 | ELECTRONIC | 3/22/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| 232 | | 3/19/2018 | | 3/19/2018 | Quality/Quality Information | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 3/16/2018 | MAIL | 3/16/2018 | COR-MEET-04 (Meeting Request Withdrawn/Canceled) | General Information-1 | Archive |
| 231 | | 3/12/2018 | | 3/12/2018 | Meeting/Other | General Information-1 | EDR |
| STRAYHORN, SUZANNE K | | 3/8/2018 | N/A | 3/8/2018 | FRM-CONSULT-06 (OSE Consult (Except Proprietary Name Reviews)) | Original-1 | Archive |
| 230 | | 3/6/2018 | | 3/6/2018 | Clinical/Response To Information Request | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 3/6/2018 | MAIL | 3/6/2018 | COR-MEET-05 (Meeting- Preliminary Comments) | General Information-1 | Archive |
| STRAYHORN, SUZANNE K | | 2/28/2018 | ELECTRONIC | 2/28/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| 229 | | 2/28/2018 | | 2/28/2018 | Meeting/Other | General Information-1 | EDR |
| STRAYHORN, SUZANNE K | | 2/15/2018 | ELECTRONIC | 2/15/2018 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |
| 228 | | 2/15/2018 | | 2/15/2018 | Biometrics/Biometrics Information | Original-1 | EDR |
| STRAYHORN, SUZANNE K | | 2/8/2018 | ELECTRONIC | 2/8/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| SUN, HENGRUI N | | 2/8/2018 | N/A | 2/8/2018 | REV-BIOMETRICS-21 (Primary Review) | Original-1 | Archive |
| NAEGER, LISA K | | 2/6/2018 | N/A | 2/6/2018 | REV-CLINMICRO-21 (Primary Review) | Original-1 | Archive |
| 227 | | 2/2/2018 | | 2/2/2018 | Biometrics/Biometrics Information | Original-1 | EDR |
| 226 | | 1/31/2018 | | 1/30/2018 | Clinical/Clinical Information | Original-1 | EDR |
| 225 | | 1/25/2018 | | 1/25/2018 | Protocol/Change; Clinical/Consent Form | Original-1 | EDR |
| 224 | | 1/25/2018 | | 1/25/2018 | Protocol/Change; Clinical/Consent Form | Original-1 | EDR |
| 223 | | 1/25/2018 | | 1/25/2018 | Clinical/Consent Form; Protocol/Change | Original-1 | EDR |
| 222 | | 1/25/2018 | | 1/25/2018 | Protocol/Change | Original-1 | EDR |
| 221 | | 1/22/2018 | | 1/22/2018 | Meeting/Meeting Package | General Information-1 | EDR |
| STRAYHORN, SUZANNE K | | 1/4/2018 | MAIL | 1/4/2018 | COR-MEET-01 (Meeting Request Granted) | General Information-1 | Archive |

DOJ-PROD-0003434151

| STRAYHORN, SUZANNE K | | 1/2/2018 | ELECTRONIC | 1/2/2018 | COR-INDAD-02 (Advice/Information Request) | Original-1 | Archive |
| STRAYHORN, SUZANNE K | | 12/27/2017 | ELECTRONIC | 12/27/2017 | COR-INDAD-02 (Advice/Information Request) | General Information-1 | Archive |

**From:** Mather, Maridehl <Maridehl.Mather@fda.hhs.gov>
**Sent:** Friday, June 10, 2022 6:14 PM
**To:** Akunne, Linda <Linda.Akunne@fda.hhs.gov>
**Cc:** Strayhorn, Suzanne <Suzanne.Strayhorn@fda.hhs.gov>; Ryer, Julie <Julie.Ryer@fda.hhs.gov>
**Subject:** RE: BLA 761144 communications

Hi Linda,

Hope you are well. It's me again =)

Prosecutor is now asking for communications between FDA and CytoDyn/Amarex in 2018 for BLA 761144 and IND 011609 (HIV).  I records I have previously requested were from 2019-Present. I was able to pull the communications from CytoDyn from the DARRTS download you provided. I just don't have communications coming from the FDA to CytoDyn/Amarex in 2018.

I am on leave next week, but I have cc'd Special Agent Julie Ryer. Please send the records to her if you have them available next week.  Otherwise, I will be back on 06/20.

Thanks again for all your help!

**From:** Akunne, Linda <Linda.Akunne@fda.hhs.gov>
**Sent:** Wednesday, March 9, 2022 12:59 PM
**To:** Mather, Maridehl <Maridehl.Mather@fda.hhs.gov>
**Cc:** Strayhorn, Suzanne <Suzanne.Strayhorn@fda.hhs.gov>
**Subject:** BLA 761144 communications

The BLA incoming and outgoing (cover letters only) communications are in SharePoint

The IND will be populated hopefully by the end of today

DAVP active projects - Home (fda.gov)

Linda

**Linda C. (Onaga) Akunne, MPH**
*Chief, Project Management Staff*

Antivirals Group
Division of Regulatory Operations for Infectious Disease
Office of Regulatory Operations
Center for Drug Evaluation and Research
U.S. Food and Drug Administration
Tel: 301-796-0759
linda.akunne@fda.hhs.gov

FDA U.S. FOOD & DRUG ADMINISTRATION

DOJ-PROD-0003434152