# Exhibit A

# February 1, 2019 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. Nader Pourhassan emails a draft of the press release to Dr. Kush Dhody, copying Dr. Paul Maddon, file named "CytoDyn Productive Conf call with FDA-MS-N-MM-K-N[.]" | 01/21/2019 6:10 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Paul Maddon (outside consultant) |
| 2 | Dr. Nader Pourhassan emails a draft of the press release to Dr. Kush Dhody and Kazem Kazempour stating "please change anything that you need to[.]" | 01/28/2019 12:37 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex), Kazem Kazempour (Amarex) |
| 3 | Dr. Nader Pourhassan emails the press release to Michael Mulholland, requesting Mulholland "make some correction [] if needed and then send to [James O'Grady]." | 01/31/2019 3:56 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 4 | Michael Mulholland emails revised press release to Dr. Nader Pourhassan, file named "CytoDyn Productive Conf call with FDA-1-31-2019-N+mdm_marked[.]" | 01/31/2019 5:35 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 5 | Michael Mulholland emails a "slightly marked version" of the press release to Dr. Nader Pourhassan, stating "I am going to 'accept all changes' and forward a clean version to [Lowenstein Sandler] now." | 01/31/2019 6:22 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 6 | Dr. Nader Pourhassan emails a marked-up version of the press release to Michael Mulholland. | 01/31/2019 8:51 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 7 | Michael Mulholland emails James O'Grady, copying Steven Skolnick and Daniel Porco, regarding the press release for pre-market. | 01/31/2019 9:24 PM | Michael Mulholland (CytoDyn), James O'Grady (Lowenstein Sandler), Steven Skolnick (Lowenstein Sandler), Daniel Porco (Lowenstein Sandler) |
| 8 | Tracie Melchior emails version of the press release to Michael Mulholland. | 01/31/2019 9:56 PM | Tracie Melchior (CytoDyn), Michael Mulholland (CytoDyn) |
| 9 | Michael Mulholland forwards "final" version of the press release received from Tracie Melchior to Dr. Nader Pourhassan. | 01/31/2019 9:59 PM | Michael Mulholland (CytoDyn), Tracie Melchior (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0001866354
DOJ-PROD-0002236234
DOJ-PROD-0002275010
DOJ-PROD-0002275011
DOJ-PROD-0002281728
DOJ-PROD-0002739227
DOJ-PROD-0002739228
DOJ-PROD-0002884923
DOJ-PROD-0002884924
DOJ-PROD-0002884927
DOJ-PROD-0002884928
DOJ-PROD-0002884931
DOJ-PROD-0002884932

DOJ-PROD-0003133436
DOJ-PROD-0003133437
DOJ-PROD-0003133474
DOJ-PROD-0003133475
DOJ-PROD-0003133489
DOJ-PROD-0003133490
DOJ-PROD-0003133499
DOJ-PROD-0003133500
DOJ-PROD-0003133505
DOJ-PROD-0003133506
DOJ-PROD-0003133510
DOJ-PROD-0003133511
DOJ-PROD-0003133514
DOJ-PROD-0003133515

PX-2120

## February 1, 2019 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 10 | Michael Mulholland emails the press release for pre-market to Dr. Scott Kelly, Dr. Richard Pestell, Dr. Nader Pourhassan, Carl Dockery, Gregory Gould, Michael Klump, Jordan Naydenov, and Dr. David Welch, copying Steven Skolnick, James O'Grady, Daniel Porco, Chandra Eidt, Jeff Burleson, Dr. Nitya Ray, and Tracie Melchior. | 01/31/2019 10:51 PM | Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Richard Pestell (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Carl Dockery (CytoDyn), Gregory Gould (CytoDyn), Michael Klump (CytoDyn), Jordan Naydenov (CytoDyn), Dr. David Welch (CytoDyn), Steven Skolnick (Lowenstein Sandler), James O'Grady (Lowenstein Sandler), Daniel Porco (Lowenstein Sandler), Chandra Eidt (Seed IP Law Group), Jeff Burleson (Warren Averett), Dr. Nitya Ray (CytoDyn), Tracie Melchior (CytoDyn) |
| 11 | Michael Mulholland emails the press release for pre-market to Robert Setteducati, Tom Parigian, and Mark Finckle. | 01/31/2019 10:53 PM | Michael Mulholland (CytoDyn), Robert Setteducati (Paulson Investment), Tom Parigian (Paulson Investment), Mark Finckle (Paulson Investment) |
| 12 | Michael Mulholland emails the press release for pre-market to Prasanta Patel, Minxiu Chen, and Savannah Alford. | 01/31/2019 10:54 PM | Michael Mulholland (CytoDyn), Prasanta Patel (CytoDyn), Minxiu Chen (CytoDyn), Savannah Alford (CytoDyn) |
| 13 | James O'Grady replies to Michael Mulholland's email regarding press release, copying Steven Skolnick and Daniel Porco. | 01/31/2019 11:36 PM | James O'Grady (Lowenstein Sandler), Michael Mulholland (CytoDyn), Steven Skolnick (Lowenstein Sandler), Daniel Porco (Lowenstein Sandler) |
| 14 | Press release is published on GlobeNewswire. | 02/01/2019 3:00 AM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0001866354
DOJ-PROD-0002236234
DOJ-PROD-0002275010
DOJ-PROD-0002275011
DOJ-PROD-0002281728
DOJ-PROD-0002739227
DOJ-PROD-0002739228
DOJ-PROD-0002884923
DOJ-PROD-0002884924
DOJ-PROD-0002884927
DOJ-PROD-0002884928
DOJ-PROD-0002884931
DOJ-PROD-0002884932
DOJ-PROD-0003133436
DOJ-PROD-0003133437
DOJ-PROD-0003133474

DOJ-PROD-0003133475
DOJ-PROD-0003133489
DOJ-PROD-0003133490
DOJ-PROD-0003133499
DOJ-PROD-0003133500
DOJ-PROD-0003133505
DOJ-PROD-0003133506
DOJ-PROD-0003133510
DOJ-PROD-0003133511
DOJ-PROD-0003133514
DOJ-PROD-0003133515

PX-2120

# March 18, 2019 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Marek Ciszewski sends Dr. Nader Pourhassan, Michael Mulholland, and Dr. Richard Pestell the "first draft" of the press release. File named "CDY Part I of BLA - March 18, 2019 v1[.]" | 03/14/2019 4:05 PM | Marek Ciszewski (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Dr. Richard Pestell (CytoDyn) |
| 2 | Dr. Nader Pourhassan emails Dr. Scott Kelly, copying Dr. Richard Pestell and Michael Mulholland, attaching an edited version of the press release "from Marek's V1," file named "CYDY Part 1 of BLA - March 18 2019 v2-Nader[.]" | 03/14/2019 5:23 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Richard Pestell (CytoDyn), Michael Mulholland (CytoDyn) |
| 3 | Dr. Scott Kelly emails a suggested edit to the press release to Dr. Nader Pourhassan, copying Michael Mulholland and Dr. Richard Pestell. | 03/14/2019 5:54 PM | Dr. Scott Kelly (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Dr. Richard Pestell (CytoDyn) |
| 4 | Dr. Nader Pourhassan emails Dr. Scott Kelly, stating he "agrees" with Kelly's edit to the press release. | 03/14/2019 8:56 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn) |
| 5 | Dr. Scott Kelly emails revised version of the press release, requesting that Michael Mulholland review and noting "Great job, everyone." | 03/14/2019 9:23 PM | Dr. Scott Kelly (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 6 | Dr. Pourhassan emails Dr. Scott Kelly, Michael Mulholland, and Dr. Richard Pestell, noting "Excellent comments Scott. Richard: Please let us know if you have any comments. Mike: Please do send it to Jamie [O'Grady] tomorrow am." | 03/14/2019 9:47 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Michael Mulholland (CytoDyn), Dr. Richard Pestell (CytoDyn) |
| 7 | Michael Mullholland emails Dr. Scott Kelly that he "will have edits" to the press release. | 03/14/2019 9:54 PM | Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn) |
| 8 | Michael Mulholland emails revised press release incorporating his edits to Dr. Nader Pourhassan for Pourhassan's review. | 03/15/2019 11:59 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 9 | Michael Mulholland emails a clean version of the press release to Dr. Scott Kelly and Dr. Richard Pestell, copying Dr. Nader Pourhassan, noting that the press release "has been sent to Jamie [O'Grady] for review," and asking "please advise Nader or me if you have any further comments." File named "CYDY Part I of BLA - March 18 2019 v2-Nader+SAK+mdm(clean)[.]" | 03/15/2019 1:04 PM | Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Richard Pestell (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

## Sources:

DOJ-PROD-0002671335
DOJ-PROD-0002671344
DOJ-PROD-0002671351
DOJ-PROD-0002671394
DOJ-PROD-0002671396
DOJ-PROD-0002714265
DOJ-PROD-0002714280
DOJ-PROD-0002714282
DOJ-PROD-0002714285
DOJ-PROD-0002714286
DOJ-PROD-0003138087
DOJ-PROD-0003138088
DOJ-PROD-0003138310
DOJ-PROD-0003138380
DOJ-PROD-0003138381

## March 18, 2019 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 10 | Dr. Scott Kelly emails Michael Mulholland and Dr. Richard Pestell, copying Dr. Nader Pourhassan, suggesting edit to the title of the press release that he "believe[s] . . . has a stronger impact for a title." | 03/15/2019 2:54 PM | Dr. Scott Kelly (CytoDyn), Michael Mulholland (CytoDyn), Dr. Richard Pestell (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 11 | Michael Mulholland emails Dr. Scott Kelly, copying Dr. Nader Pourhassan and Dr. Richard Pestell, stating that he agrees with Dr. Kelly's comment. Mulholland adds that James O'Grady's comments on the press release have "just arrived," and that Mulholland "agree[s] with some of [O'Grady's] comments, but not on others . . . I think we are very close. I was just starting to edit [O'Grady's] comments." | 03/15/2019 3:08 PM | Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Richard Pestell (CytoDyn), James O'Grady (Lowenstein Sandler) |
| 12 | Dr. Nader Pourhassan emails Michael Mulholland and Dr. Scott Kelly, copying Dr. Richard Pestell, requesting that Mulholland and Pourhassan review the press release edits from James O'Grady together and then send to Dr. Scott Kelly. | 03/15/2019 3:12 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Richard Pestell (CytoDyn), James O'Grady (Lowenstein Sandler) |
| 13 | Michael Mulholland emails a version of the press release to Dr. Scott Kelly and Dr. Richard Pestell, copying Dr. Nader Pourhassan, noting "[t]he attached [press release] reflects our review of the [Lowenstein Sandler] comments, as well as additional edits from Nader and me. Let us know if you have further comments." File named "CYDY Part 1 of BLA - March 18 2019_LS+mdm+NZP[.]" | 03/15/2019 4:03 PM | Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Richard Pestell (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 14 | Michael Mulholland emails a version of the press release to Dr. Nader Pourhassan, file named "CYDY Part I of BLA - March 18 2019_LS+mdm+NZP+SAK[.]" | 03/16/2019 10:46 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 15 | Press release is published on GlobeNewswire. | 03/18/2019 3:00 AM | |

© 2024 DOAR

## Sources:

DOJ-PROD-0002671335
DOJ-PROD-0002671344
DOJ-PROD-0002671351
DOJ-PROD-0002671394
DOJ-PROD-0002671396
DOJ-PROD-0002714265
DOJ-PROD-0002714280
DOJ-PROD-0002714282
DOJ-PROD-0002714285
DOJ-PROD-0002714286
DOJ-PROD-0003138087
DOJ-PROD-0003138088
DOJ-PROD-0003138310
DOJ-PROD-0003138380
DOJ-PROD-0003138381

PX-2121

# April 27, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Michael Mulholland emails "v1" of draft press release to Dr. Nader Pourhassan, file named "CytoDyn press release (Apr 27 2020) re CYDY Completes BLA Filing_v1[.]" | 04/26/2020 9:12 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 2 | Dr. Nader Pourhassan emails Dr. Kush Dhody to ask if Dhody is "okay with this PR to be released by tomorrow at 3 am PT[.]" | 04/26/2020 1:39 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 3 | Dr. Kush Dhody emails version of the press release to Dr. Nader Pourhassan, noting "I have added my name per your request." | 04/26/2020 6:51 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 4 | Dr. Nader Pourhassan shares Dr. Kush Dhody's version of the press release with Michael Mulholland requesting "finaliz[ation of] the attached version from Kush [Dhody]." | 04/26/2020 9:58 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 5 | Michael Mulholland emails Dr. Nader Pourhassan updated drafts of the press release, which Mulholland notes "includes comments from Arian [Colachis] and [Mulholland.]" Files named "CytoDyn press release (Apr 27 2020) re CYDY Completes BLA Filing_v2_KD v3 marked" and "CytoDyn press release (Apr 27 2020) re CYDY Completes BLA Filing_v2_KD v3 CLEAN[.]" | 04/26/2020 10:21 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 6 | Michael Mulholland emails a "3.1" version of the press release to Dr. Nader Pourhassan, copying Arian Colachis, noting that it "is a final per [Mulholland's] call with Nader [Pourhassan] and includes only one minor change in the sub-headline[.]" File named "CytoDyn press release (Apr 27 2020) re CYDY Completes BLA Filing_v2_KD v3.1 CLEAN – FINAL[.]" | 04/26/2020 10:31 PM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 7 | Michael Mulholland emails Dr. Nader Pourhassan, copying Arian Colachis, with the subject line "BLA PR – Please see these excellent edits from Arian – if you agree, we have a new FINAL[.]" | 04/26/2020 10:48 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 8 | Dr. Nader Pourhassan emails Michael Mulholland, copying Arian Colachis, stating that he "agree[s] with [Colachis's] comments," and asking Mulholland to send the "final final[.]" | 04/26/2020 10:51 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |

© 2024 DOAR

## Sources:

DOJ-PROD-0002367523
DOJ-PROD-0002367524
DOJ-PROD-0002697357
DOJ-PROD-0002697360
DOJ-PROD-0002697364
DOJ-PROD-0002697461
DOJ-PROD-0003355313
DOJ-PROD-0003355314
DOJ-PROD-0003409088
DOJ-PROD-0003409109

PX-2122

## April 27, 2020 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 9 | Michael Mulholland sends email to Dr. Nader Pourhassan, copying Arian Colachis, with the subject line "BLA PR – True FINAL[.]" | 04/26/2020 10:55 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 10 | Dr. Nader Pourhassan emails Michael Mulholland, copying Arian Colachis, noting that the press release "is approved but please stand by for the time of release that is not available yet. Kush [Dhody] will let me know shortly." | 04/26/2020 11:01 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 11 | Press release is published on GlobeNewswire. | 04/27/2020 6:12 AM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002367523
DOJ-PROD-0002367524
DOJ-PROD-0002697357
DOJ-PROD-0002697360
DOJ-PROD-0002697364
DOJ-PROD-0002697461
DOJ-PROD-0003355313
DOJ-PROD-0003355314
DOJ-PROD-0003409088
DOJ-PROD-0003409109

PX-2122

## May 4, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Michael Mulholland emails Dr. Nader Pourhassan, subject line "Template for tomorrow's PR," attaching a document with file name "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1[.]" | 05/03/2020 5:09 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 2 | Dr. Kush Dhody emails revised version of the press release to Dr. Nader Pourhassan, file named "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD[.]" | 05/03/2020 7:40 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 3 | Dr. Nader Pourhassan emails highlighted version of the press release to Michael Mulholland, file named "CytoDy PR (May 4 2020) re COVID-19 Patient Data_v1_KD[,]" stating "[a]fter you edit this please send it to Arian [Colachis] and me for final review." | 05/03/2020 8:56 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 4 | Michael Mulholland leaves a comment in a version of the press release, asking, as to the press release language that "[w]e would like to provide an update that the [BLA] ... will be considered completed after the clinical datasets are submitted on May 11, 2020": "Should this be a separate paragraph in the text of the press release rather than buried here?" | 05/03/2020 9:37 PM | Michael Mulholland (CytoDyn) |
| 5 | Michael Mulholland emails versions of the press release to Dr. Nader Pourhassan, copying Arian Colachis, files named "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD_mdm MARKED" and "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD_mdm CLEAN[.]" | 05/03/2020 9:43 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 6 | Michael Mulholland emails Dr. Nader Pourhassan with subject line "PR - potential clean final subject to your review," attaching a document with file name "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD_mdm MARKED-Nader-CLEAN[.]" The attached document includes Mullholland's comment, in response to the comment highlighted in Layer of Review 4 above ("Should this be a separate paragraph in the text of the press release rather than buried here?"): "Kush [Dhody] advised to inser[t] [sic] here, as it is only a 1-page summary due to the FDA." | 05/03/2020 10:10 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

## Sources:

DOJ-PROD-0002370984
DOJ-PROD-0002371011
DOJ-PROD-0002371013
DOJ-PROD-0002952976
DOJ-PROD-0003356080
DOJ-PROD-0003409907
DOJ-PROD-0003641200
DOJ-PROD-0003641201
DOJ-PROD-0003641205
DOJ-PROD-0003646134
DOJ-PROD-0003646135
DOJ-PROD-0003646139
DOJ-PROD-0003646141
DOJ-PROD-0003646145

PX-2123

## May 4, 2020 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 7 | Arian Colachis revises a version of the press release. | 05/03/2020 10:29 PM – 10:40 PM | Arian Colachis (CytoDyn) |
| 8 | Arian Colachis emails a revised version of the press release to Michael Mulholland, file named "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD_mdm Marked-Nader-CLEAN[,]" asking "How about this?" | 05/03/2020 10:43 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 9 | Michael Mulholland emails version of the press release to Dr. Nader Pourhassan, file named "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD_mdm MARKED[.]". | 05/03/2020 11:12 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 10 | Dr. Nader Pourhassan emails Michael Mulholland, stating that he was "[a]pproving this version with the update that we just discussed regarding the BLA update[.]" | 05/03/2020 11:16 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 11 | Michael Mulholland emails Dr. Nader Pourhassan, copying Arian Colachis, seeking to verify the version of the press release that Pourhassan meant to approve. | 05/03/2020 11:21 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 12 | Michael Mulholland revises a version of the press release. | 05/03/2020 11:32 PM | Michael Mulholland (CytoDyn) |
| 13 | Michael Mulholland emails "final" version of the press release to Dr. Nader Pourhassan, copying Arian Colachis. File named "CytoDyn PR (May 4 2020) re COVID-19 Patient Data_v1_KD_mdm MARKED-Nader-CLEAN+AC+mdm-CLEAN FINAL[.]" | 05/03/2020 11:47 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 14 | Michael Mulholland emails press release for pre-market to Dr. Nitya Ray, Brendan Rae, George Bitar, Prasanta Patel, Minxiu Chen, Antonio Migliarese, Lucas Smith, Christina De Leon, Franchesca Beltran, Mariana Veden, Chuck Hosman, and "accountant3@cytodyn.com[.]" File named "CytoDyn Press Release (May 4 2020) re 54 eINDS, Request for Compassionate Use and Trial Enrollment completed by May 31[.]" | 05/04/2020 12:51 AM | Michael Mulholland (CytoDyn), Dr. Nitya Ray (CytoDyn), Brendan Rae (CytoDyn), George Bitar (CytoDyn), Prasanta Patel (CytoDyn), Minxiu Chen (CytoDyn), Antonio Migliarese (CytoDyn), Lucas Smith (CytoDyn), Cristina De Leon (CytoDyn), Franchesca Beltran (CytoDyn), Mariana Veden (CytoDyn), Chuck Hosman (CytoDyn), "accountant3@cytodyn.com" (CytoDyn) |
| 15 | Press release is published on GlobeNewswire. | 05/04/2020 3:00 AM | |

© 2024 DOAR

## Sources:

DOJ-PROD-0002370984
DOJ-PROD-0002371011
DOJ-PROD-0002371013
DOJ-PROD-0002952976
DOJ-PROD-0003356080
DOJ-PROD-0003409907
DOJ-PROD-0003641200
DOJ-PROD-0003641201
DOJ-PROD-0003641205
DOJ-PROD-0003646134
DOJ-PROD-0003646135
DOJ-PROD-0003646139
DOJ-PROD-0003646141
DOJ-PROD-0003646145

PX-2123

## May 6, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Michael Mulholland emails "v1" of the press release to Dr. Nader Pourhassan and states the version includes "Jonah [Sacha]'s suggestions[.]" File named "CytoDyn PR May 6,7-20_re Manuscript published on Leronlimab's MoA on Critical COVID-19 Patients_v1[.]" | 05/05/2020 3:46 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 2 | Dr. Nader Pourhassan shares a copy of the press release with Dr. Bruce Patterson, copying Michael Mulholland, and asking that Dr. Patterson add a quote. File named "CytoDyn PR May 6,7-20_re Manuscript published on Leronlimab's MoA on Critical COVID-19 Patients_v1[.]" | 05/05/2020 4:26 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Bruce Patterson (IncellDx), Michael Mulholland (CytoDyn) |
| 3 | Michael Mulholland emails "v3" of the press release to Dr. Nader Pourhassan and Dr. Bruce Patterson, stating "please use this version for your final review and edits." File named "CytoDyn PR (May 6 2020)_re Manuscript published on Leronlimab's MoA on Critical COVID-19 Patients_v3[.]" | 05/05/2020 5:50 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Bruce Patterson (IncellDx) |
| 4 | Dr. Bruce Patterson emails a version of the press release to Michael Mulholland and Dr. Nader Pourhassan, file named "CytoDyn PR (May 6 2020)_re Manuscript published on Leronlimab's MoA on Critical COVID-19 Patients_v3 BP[.]" | 05/05/2020 6:52 PM | Dr. Bruce Patterson (IncellDx), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 5 | Dr. Bruce Patterson shares a version of the press release with Dr. Jonah Sacha, copying Dr. Nader Pourhassan, stating "[l]et me know if we missed something[.]" File named "CytoDyn PR (May 6 2020)_re Manuscript published on Leronlimab's MoA on Critical COVID-19 Patients_v3 BP[.]" | 05/05/2020 6:54 PM | Dr. Bruce Patterson (IncellDx), Dr. Jonah Sacha (CytoDyn Scientific Advisory Board), Dr. Nader Pourhassan (CytoDyn) |
| 6 | Emails exchanged between Dr. Nader Pourhassan, Michael Mulholland, and Dr. Bruce Patterson, copying Dr. Jonah Sacha, discussing an edit to the press release, with Dr. Patterson writing to Mulholland, copying Dr. Sacha and Dr. Pourhassan, at 7:35 PM, "[g]reat – good to go[.]" | 05/05/2020 7:32 PM – 7:35 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Dr. Bruce Patterson (IncellDx), Dr. Jonah Sacha (CytoDyn Scientific Advisory Board) |
| 7 | Michael Mulholland emails "proposed final" version of the press release to Dr. Nader Pourhassan, copying Arian Colachis, file named "CytoDyn PR (May 6 2020)_re Manuscript published re Leronlimab Disrupts CCL5 RANTES-CCR5 for COVID-19 Patients_v3 BP+mdm v5 AC[.]" | 05/05/2020 9:36 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |

© 2024 DOAR

## Sources:

DOJ-PROD-0002371421
DOJ-PROD-0002371427
DOJ-PROD-0002371448
DOJ-PROD-0002371456
DOJ-PROD-0002371464
DOJ-PROD-0002371475
DOJ-PROD-0002718845
DOJ-PROD-0003641236
DOJ-PROD-0003641237

PX-2124

# May 6, 2020 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 8 | Arian Colachis emails Michael Mulholland a version of the press release, noting "Final" in the body of the email, and attaching a document with the file name "CytoDyn PR (May 6 2020)_re Manuscript published re Leronlimab Disrupts CCL5 RANTES-CCR5 for COVID-19 Patients_v3 BP+mdm v5 AC (002)[,]" with her edits incorporated. | 05/05/2020 10:07 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 9 | Press release is published on GlobeNewswire. | 05/05/2020 10:24 PM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002371421
DOJ-PROD-0002371427
DOJ-PROD-0002371448
DOJ-PROD-0002371456
DOJ-PROD-0002371464
DOJ-PROD-0002371475
DOJ-PROD-0002718845
DOJ-PROD-0003641236
DOJ-PROD-0003641237

PX-2124

# May 8, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. Nader Pourhassan emails Dr. Kush Dhody a draft press release with the file name "Draft CytoDyn press release 5 8+AC+mdm[,]" stating "Dear Kush: Please let me know if this is all good with you." | 05/08/2020 1:22 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 2 | Arian Colachis emails versions of the press release to Michael Mulholland and Dr. Nader Pourhassan, with the files named "Draft CytoDyn press release 5 8v4 CLEAN" and "Draft CytoDyn press release 5 8v4[.]" | 05/08/2020 1:37 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 3 | Michael Mulholland emails Dr. Kush Dhody, copying Dr. Nader Pourhassan, requesting Dhody to "[p]lease review and confirm your approval of v4[.]" | 05/08/2020 2:06 PM | Michael Mulholland (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 4 | Dr. Kush Dhody emails Michael Mulholland, copying Dr. Nader Pourhassan, stating the version of the press release "[l]ooks fine to me." | 05/08/2020 2:10 PM | Dr. Kush Dhody (Amarex), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 5 | Michael Mulholland emails Dr. Kush Dhody, copying Dr. Nader Pourhassan and Arian Colachis, to confirm that "the referenced clinical datasets will be submitted to the FDA on Monday, May 11." | 05/08/2020 2:34 PM | Michael Mulholland (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 6 | Dr. Kush Dhody emails Michael Mulholland, copying Dr. Nader Pourhassan and Arian Colachis, stating "Yes, Amarex is targeting to submit the clinical datasets to [the] FDA by May 11, 2020." | 05/08/2020 2:41 PM | Dr. Kush Dhody (Amarex), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 7 | Arian Colachis emails Dr. Kush Dhody and Michael Mulholland, copying Dr. Nader Pourhassan, requesting confirmation that Amarex "expect[s] to submit" clinical datasets to the FDA on May 11, 2020. | 05/08/2020 2:59 PM | Arian Colachis (CytoDyn), Dr. Kush Dhody (Amarex), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 8 | Dr. Kush Dhody emails Arian Colachis and Michael Mulholland, copying Dr. Nader Pourhassan, stating "Yes, Amarex expects to submit clinical datasets to [the] FDA on May 11, 2020" and "at present, we do not have any reason to believe Amarex might not be able to submit the dataset on Monday, May 11, 2020." | 05/08/2020 3:03 PM | Dr. Kush Dhody (Amarex), Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 9 | Arian Colachis emails a "FINAL" version of the press release to Michael Mulholland, stating "good to go." File named "Draft CytoDyn press release 5 8v5.FINAL[.]" | 05/08/2020 3:21 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |

© 2024 DOAR

## Sources:

DOJ-PROD-0002372070
DOJ-PROD-0002372071
DOJ-PROD-0002524643
DOJ-PROD-0003356383
DOJ-PROD-0003410313
DOJ-PROD-0003641269
DOJ-PROD-0003641270

PX-2125



**Sources**:
DOJ-PROD-0002372070
DOJ-PROD-0002372071
DOJ-PROD-0002524643
DOJ-PROD-0003356383
DOJ-PROD-0003410313
DOJ-PROD-0003641269
DOJ-PROD-0003641270

PX-2125

## May 13, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. Kush Dhody emails Dr. Ahmad Bayat, copying Dr. Kazem Kazempour and Dr. Taraneh Tarjoman, stating that "CytoDyn is requesting for [sic] a draft language for press release related to BLA submission and future FDA review timeline. Can you please send the proposed draft to Nader[?]" | 05/12/2020 2:31 PM | Dr. Kush Dhody (Amarex), Dr. Ahmad Bayat (Amarex), Dr. Kazem Kazempour (Amarex), Dr. Taraneh Tarjoman (Amarex) |
| 2 | Dr. Kush Dhody emails Dr. Ahmad Bayat, copying Dr. Kazem Kazempour and Dr. Taraneh Tarjoman, with press release "text downloaded from CytoDyn website[,]" stating "[w]e just need to prepare two or three sentences to clarify current status and expected FDA review timelines. CytoDyn will construct the press release." | 05/12/2020 3:55 PM | Dr. Kush Dhody (Amarex), Dr. Ahmad Bayat (Amarex), Dr. Kazem Kazempour (Amarex), Dr. Taraneh Tarjoman (Amarex) |
| 3 | Michael Mulholland emails Arian Colachis a copy of the press release for review, file named "CytoDyn press release (May 13 2020) re CYDY Submits Datasets to FDA re BLA Filing_v1[.]" | 05/12/2020 4:38 PM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 4 | Dr. Nader Pourhassan emails Dr. Kush Dhody a copy of the press release for his review, stating "Please let me know if you are okay with this PR? Can we say complet [sic] BLA in the title?" File named "CytoDyn press release (May 13 2020) re CYDY Submits Datasets to FDA re BLA Filing_v1+AC[.]" | 05/12/2020 7:26 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 5 | Dr. Nader Pourhassan sends a text message to Dr. Kush Dhody, asking if he is "good with the [press release.]" | 05/12/2020 8:42 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 6 | Dr. Ahmad Bayat emails Dr. Kush Dhody, copying Dr. Kazem Kazempour and Dr. Taraneh Tarjoman, with a draft section of the press release. | 05/12/2020 8:52 PM | Dr. Ahmad Bayat (Amarex), Dr. Kush Dhody (Amarex), Dr. Kazem Kazempour (Amarex), Dr. Taraneh Tarjoman (Amarex) |
| 7 | Dr. Kush Dhody sends a text message to Dr. Nader Pourhassan, noting that he is sending the revised press release "in 5 minutes." | 05/12/2020 8:59 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 8 | Dr. Kush Dhody emails Dr. Nader Pourhassan, attaching a version of the press release, stating "See attached. Please call me if you have any questions." File named "CytoDyn press release (May 13 2020) re CYDY Submits Datasets to FDA re BLA Filing_v1+AC_Revised[.]" | 05/12/2020 9:13 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

## Sources:

DOJ-PROD-0001866120
DOJ-PROD-0001866529
DOJ-PROD-0002235646
DOJ-PROD-0002373609
DOJ-PROD-0002373610
DOJ-PROD-0002525253
DOJ-PROD-0002525255
DOJ-PROD-0002860709
DOJ-PROD-0003641313
DOJ-PROD-0003641314
DOJ-PROD-0003641317
DOJ-PROD-0003641318

PX-2126

## May 13, 2020 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 9 | Dr. Nader Pourhassan forwards Dr. Kush Dhody's draft to Michael Mulholland, copying Arian Colachis, stating "FYI[,] [p]lease accept all edits from Kush [Dhody][.]" | 05/12/2020 9:25 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 10 | Dr. Nader Pourhassan, Arian Colachis, and Michael Mulholland exchange emails regarding the draft press release. | 05/12/2020 9:47 PM – 9:51 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 11 | Arian Colachis emails a copy of the press release to Michael Mulholland. File named "CytoDyn press release (May 13 2020) re CYDY Submits Datasets to FDA re BLA Filing_v1+AC_2Revised[.]" | 05/12/2020 9:55 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 12 | Press release is published on GlobeNewswire. | 05/13/2020 3:00 AM | |

© 2024 DOAR

## Sources:

DOJ-PROD-0001866120
DOJ-PROD-0001866529
DOJ-PROD-0002235646
DOJ-PROD-0002373609
DOJ-PROD-0002373610
DOJ-PROD-0002525253
DOJ-PROD-0002525255
DOJ-PROD-0002860709
DOJ-PROD-0003641313
DOJ-PROD-0003641314
DOJ-PROD-0003641317
DOJ-PROD-0003641318

## June 8, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Michael Mulholland emails Dr. Nader Pourhassan a draft of the press release, stating "[a]ttached is v1 of the press release. We need Kush to ensure that I am characterizing this notice correctly and not over-stating its significance." File named "PR-CYDY-FDA Notice PDUFA Date to be Established on July 10_v1[.]" | 06/07/2020 1:29 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 2 | Dr. Nader Pourhassan sends Michael Mulholland a draft of the press release with edits, noting "[p]lease call me if you have any questions about my edits." File named "PR-CYDY-FDA Notice PDUFA Date to be Established on July 10_v2[.]" | 06/07/2020 2:20 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 3 | Michael Mulholland emails Dr. Nader Pourhassan, attaching a draft of the press release, and incorporating edits. Files named "PR-CYDY Receives Acknowledgment Letter from FDA (PDUFA date may be known on July 10)_v3_marked" and "PR-CYDY Receives Acknowledgment Letter from FDA (PDUFA date may be known on July 10)_v3_clean[.]" | 06/07/2020 3:09 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 4 | Dr. Nader Pourhassan emails Dr. Kush Dhody a draft of the press release, stating "[i]f you have any edits please let me know." File named "PR-CYDY Receives Acknowledgment Letter from FDA (PDUFA date may be known on July 10)_v3_clean[.]" | 06/07/2020 3:16 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 5 | Arian Colachis sends Michael Mulholland a draft of the press release, with the file name "PR-CYDY Receives Acknowledgment Letter from FDA (PDUFA date may be known on July 10)_v3_.ac.clean[.]" | 06/07/2020 4:46 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 6 | Michael Mulholland emails Dr. Nader Pourhassan a "proposed final" press release, incorporating his edits and edits from Arian Colachis. File named "PR-CYDY Receives Acknowledgment Letter from FDA (PDUFA date may be known on July 10)_v3_.ac mdm marked[.]" | 06/07/2020 6:57 PM | Micheal Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002380550

DOJ-PROD-0002380551

DOJ-PROD-0002380564

DOJ-PROD-0002380566

DOJ-PROD-0002380570

DOJ-PROD-0002380572

DOJ-PROD-0002380580

DOJ-PROD-0002380618

DOJ-PROD-0002380619

DOJ-PROD-0002528487

DOJ-PROD-0003641482

DOJ-PROD-0003641483

DOJ-PROD-0003641486

DOJ-PROD-0003641487

PX-2127

## June 8, 2020 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 7 | Michael Mulholland emails the press release for pre-market to Dr. Nader Pourhassan, Dr. Scott Kelly, Dr. David Welch, Jordan Naydenov, Alan Timmins, and Dr. Samir Patel, copying Arian Colachis, Chandra Eidt, and Jeff Burleson. File named "CytoDyn Press Release (June 8 2020) CYDY Receives Acknowledgment Letter from FDA (PDUFA date could be set on July 10)[.]" | 06/07/2020 11:18 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. David Welch (CytoDyn), Jordan Naydenov (CytoDyn), Alan Timmins (CytoDyn), Dr. Samir Patel (CytoDyn), Arian Colachis (CytoDyn), Chandra Eidt (Seed IP Law Group), Jeff Burleson (Warren Averett) |
| 8 | Michael Mulholland emails the press release for pre-market to Dr. Nitya Ray, Dr. Brendan Rae, George Bitar, Prasanta Patel, Minxiu Chen, Dr. Bernie Cunningham, Antonio Migliarese, Patrick Hawekotte, Lucas Smith, Cristina De Leon, Franchesca Beltran, and Mariana Veden, copying Chuck Hosman and Mike Lightcap. File named "CytoDyn Press Release (June 8 2020) CYDY Receives Acknowledgment Letter from FDA (PDUFA date could be set on July 10)[.]" | 06/07/2020 11:22 PM | Michael Mulholland (CytoDyn), Dr. Nitya Ray (CytoDyn), Dr. Brendan Rae (CytoDyn), George Bitar (CytoDyn), Prasanta Patel (CytoDyn), Minxiu Chen (CytoDyn), Dr. Bernie Cunningham (CytoDyn), Antonio Migliarese (CytoDyn), Patrick Hawekotte (CytoDyn), Lucas Smith (CytoDyn), Cristina De Leon (CytoDyn), Franchesca Beltran (CytoDyn), Mariana Veden (CytoDyn), Chuck Hosman (CytoDyn), Mike Lightcap (CytoDyn) |
| 9 | Press release is published on GlobeNewswire. | 06/08/2020 3:00 AM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002380550
DOJ-PROD-0002380551
DOJ-PROD-0002380564
DOJ-PROD-0002380566
DOJ-PROD-0002380570
DOJ-PROD-0002380572
DOJ-PROD-0002380580
DOJ-PROD-0002380618
DOJ-PROD-0002380619
DOJ-PROD-0002528487
DOJ-PROD-0003641482
DOJ-PROD-0003641483
DOJ-PROD-0003641486
DOJ-PROD-0003641487

PX-2127

# December 22, 2020 Press Release

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Michael Mulholland emails Dr. Nader Pourhassan an "initial draft" of the press release, which states, among other things, that "CytoDyn completed its Phase 2 clinical trial (CD10) for COVID-19, a double-blinded, randomized clinical trial for mild-to-moderate patients in the U.S. which produced statistically significant results for NEWS2." File named "CytoDyn Press Release (12.21.20) re Reinstatement of eINDs by FDA for COVID-19_v1[.]" | 12/19/2020 10:32 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 2 | Michael Mulholland emails Arian Colachis the draft press release. | 12/20/2020 12:08 PM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 3 | Michael Mulholland emails Dr. Nader Pourhassan, copying Arian Colachis with a "proposed final of the press release[,]" with file name "CytoDyn Press Release (12.21.20) re Reinstatement of eINDs by FDA for COVID-19_v1.ac_mdm - CLEAN (Proposed Final)[.]" | 12/21/2020 10:03 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 4 | Dr. Nader Pourhassan emails Dr. Kush Dhody the draft press release and requests edits, file named "PR (12-21-20)-eIND-v3[.]" | 12/21/2020 11:29 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 5 | Dr. Nader Pourhassan emails Michael Mulholland a draft press release, incorporating edits. File named "PR (12-21-20)-eIND-v4[.]" | 12/21/2020 7:27 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 6 | Arian Colachis sends Michael Mulholland the draft press release, file named "PR (12-21-20)-eIND-v5.ac[.]" | 12/21/2020 7:57 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 7 | Michael Mulholland emails Dr. Nader Pourhassan, Dr. Scott Kelly, Jordan Naydenov, Alan Timmins, and Dr. Samir Patel, copying Arian Colachis, Chandra Eidt, and Jeff Burleson, with a copy of the press release for pre-market. File named "CytoDyn Press Release (12.22.20) FDA Resumes eIND Approval of Leronlimab for Severe to Critical COVID-19 Patients[.]" | 12/21/2020 11:24 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Jordan Naydenov (CytoDyn), Alan Timmins (CytoDyn), Dr. Samir Patel (CytoDyn), Arian Colachis (CytoDyn), Chandra Eidt (Seed IP Law Group), Jeff Burleson (Warren Averett) |
| 8 | Press release is published on GlobeNewswire. | 12/22/2020 3:00 AM | |

© 2024 DOAR

## Sources:

DOJ-PROD-0002336325
DOJ-PROD-0002336326
DOJ-PROD-0002336385
DOJ-PROD-0002336386
DOJ-PROD-0002436377
DOJ-PROD-0002436378
DOJ-PROD-0002436433
DOJ-PROD-0002436434
DOJ-PROD-0002436671
DOJ-PROD-0002436672
DOJ-PROD-0003063457
DOJ-PROD-0003643569
DOJ-PROD-0003643570

PX-2128

# December 24, 2020 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. Nader Pourhassan emails Dr. Kush Dhody, Dr. Ahmad Bayat, and Dr. Kazem Kazempour, copying Dr. Mahboob Rahman, Dr. Scott Kelly, Arian Colachis, and Michael Mulholland, explaining that CytoDyn must release a press release "to explain what the FDA is requiring us to do regarding the open arm for hospitals who participated in the CD12 trial and eIND requirements for other hospitals . . . I am copying Arian [Colachis], Mike [Mulholland], and Mahboob [Rahman] to help me prepare this release." | 12/23/2020 9:27 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Ahmad Bayat (Amarex), Dr. Kazem Kazempour (Amarex), Dr. Mahboob Rahman (CytoDyn), Dr. Scott Kelly (CytoDyn), Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 2 | Dr. Kazem Kazempour responds to Dr. Nader Pourhassan, Dr. Kush Dhody, and Dr. Ahmad Bayat, copying Dr. Mahboob Rahman, Dr. Scott Kelly, Arian Colachis, and Michael Mulholland. | 12/24/2020 8:06 AM | Dr. Kazem Kazempour (Amarex), Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Ahmad Bayat (Amarex), Dr. Mahboob Rahman (CytoDyn), Dr. Scott Kelly (CytoDyn), Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 3 | Michael Mulholland emails Arian Colachis noting that the forwarded email and attachment from the FDA is the "[b]asis for today's press release[.]" | 12/24/2020 10:50 AM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 4 | Michael Mulholland emails "v1" of the press release to Dr. Nader Pourhassan, copying Arian Colachis. File named "PR (12-24-20) re eIND and open label arm for CD12_v1[.]" | 12/24/2020 1:26 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 5 | Dr. Nader Pourhassan emails Michael Mulholland, copying Arian Colachis and Dr. Mahboob Rahman, attaching "v2" of the press release, incorporating edits and requesting Dr. Rahman to "[p]lease use this version to make your edits and add your quote." File named "PR (12-24-20)-eIND-FDA-v2[.]" | 12/24/2020 1:33 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 6 | Dr. Nader Pourhassan emails "v3" draft of the press release to Michael Mulholland, Arian Colachis, and Dr. Mahboob Rahman, file named "PR (12-24-20)-eIND-FDA-v3[.]" | 12/24/2020 1:41 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 7 | Dr. Mahboob Rahman emails Dr. Nader Pourhassan, Michael Mulholland, and Arian Colachis, attaching a marked-up version of the press release with the file name "PR (12-24-20)-eIND-FDA-v3. MR Edits[,]" and stating "[p]lease see my edits. Will be happy to get on the phone explain any of my changes." | 12/24/2020 2:18 PM | Dr. Mahboob Rahman (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0001866215
DOJ-PROD-0002440127
DOJ-PROD-0002440128
DOJ-PROD-0002440137
DOJ-PROD-0002440139
DOJ-PROD-0002440143
DOJ-PROD-0002440144
DOJ-PROD-0002440156
DOJ-PROD-0002440158
DOJ-PROD-0002440162
DOJ-PROD-0002440163
DOJ-PROD-0002440169
DOJ-PROD-0002440170
DOJ-PROD-0002440180
DOJ-PROD-0002440181
DOJ-PROD-0002565856

DOJ-PROD-0002565857
DOJ-PROD-0002770063
DOJ-PROD-0003643580
DOJ-PROD-0003643581

PX-2129

## December 24, 2020 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 8 | Arian Colachis emails Michael Mulholland, attaching a revised version of the press release with the file name "PR (12-24-20)-eIND-FDA-v3.ac.mdm.mr _CLEAN.ac[.]" | 12/24/2020 2:49 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 9 | Michael Mulholland emails Dr. Nader Pourhassan, attaching a revised version of the press release with the file name "PR (12-24-20)-eIND-FDA-v3.ac.mdm.mr _CLEAN+np[.]" | 12/24/2020 3:00 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 10 | Michael Mulholland emails Dr. Nader Pourhassan, Dr. Mahboob Rahman, and Arian Colachis, subject line "PROPOSED FINAL – marked and clean[,]" attaching a version of the press release with the file named "PR (12-24-20)-eIND-FDA-v3.ac.mdm.mr_CLEAN+np+np+mr+ac Proposed Final MARKED[.]" | 12/24/2020 3:21 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn), Arian Colachis (CytoDyn) |
| 11 | Michael Mulholland emails Dr. Nader Pourhassan, Dr. Mahboob Rahman, and Arian Colachis, subject line "ACTUAL FINAL (marked and clean) for final sign off and approval[,]" attaching a version of the press release with the file name "PR (12-24-20)-eIND-FDA-v3.ac.mdm.mr _CLEAN+np+np+mr+ac ACTUAL FINAL marked[.]" | 12/24/2020 3:42 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn), Arian Colachis (CytoDyn) |
| 12 | Press release is published on GlobeNewswire. | 12/24/2020 4:46 PM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0001866215
DOJ-PROD-0002440127
DOJ-PROD-0002440128
DOJ-PROD-0002440137
DOJ-PROD-0002440139
DOJ-PROD-0002440143
DOJ-PROD-0002440144
DOJ-PROD-0002440156
DOJ-PROD-0002440158
DOJ-PROD-0002440162
DOJ-PROD-0002440163
DOJ-PROD-0002440169
DOJ-PROD-0002440170
DOJ-PROD-0002440180
DOJ-PROD-0002440181
DOJ-PROD-0002565856
DOJ-PROD-0002565857
DOJ-PROD-0002770063
DOJ-PROD-0003643580
DOJ-PROD-0003643581

PX-2129

## March 5, 2021 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. Nader Pourhassan emails Dr. Mahboob Rahman requesting a discussion regarding "potential headlines" for a press release regarding results from CytoDyn's CD12 clinical trial, including draft language for the headline of the potential press release, which included, in part: "In the subpopulation of critically ill, leronlimab demonstrated efficacy in mortality (lower in leronlimab by 24%) and length of time in hospital shorten by 6 days and p-value of 0.005." | 03/01/2021 10:39 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 2 | Dr. Mahboob Rahman responds to Dr. Nader Pourhassan, revising the draft language for the headline of the press release to state, in part: "In the subpopulation of critically ill, leronlimab demonstrated efficacy in all cause mortality (lower in leronlimab by 24%) and length of time in hospital shorten by 6 days (significant p-value of 0.005)." | 03/01/2021 11:02 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 3 | Dr. Nader Pourhassan emails Michael Mulholland, Dr. Scott Kelly, and Dr. Nitya Ray, attaching a "rough draft" of the press release, stating: "Mike: Please copy Nitya [Ray] on all these communications for this PR. File named "CYDY PR-CD12-Results-v3[.]" | 03/03/2021 4:31 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Nitya Ray (CytoDyn) |
| 4 | Michael Mulholland emails "clean and marked" versions of the press release for "further review" to Dr. Nader Pourhassan, copying Dr. Nitya Ray, files named "CYDY PR-CD12-Results-v4_CLEAN" and "CYDY PR-CD12-Results-v4_MARKED[.]" | 03/03/2021 5:41 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn) |
| 5 | Dr. Scott Kelly emails Michael Mulholland, copying Nader Pourhassan and Dr. Nitya Ray, include a "rough suggestion" for a quote in the press release: "There have been thousands of clinical trials investigating treatments and preventative measures for COVID-19. Most therapeutic options have proven ineffective or burdened by safety issues. We are pleased that leronlimab has shown efficacy in the most severe and critical patients with a strong safety profile and synergistic effects with current standards of care. We believe this provides hope and confidence that leronlimab has and will continue to save lives during the relentless pandemic of COVID-19." | 03/03/2021 6:24 PM | Dr. Scott Kelly (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002344275
DOJ-PROD-0002344276
DOJ-PROD-0002344371
DOJ-PROD-0002344477
DOJ-PROD-0002344478
DOJ-PROD-0002344493
DOJ-PROD-0002344494
DOJ-PROD-0002344499
DOJ-PROD-0002344500
DOJ-PROD-0002344506
DOJ-PROD-0002344507
DOJ-PROD-0002344512
DOJ-PROD-0002344514
DOJ-PROD-0002344519
DOJ-PROD-0002344520
DOJ-PROD-0002344526
DOJ-PROD-0002344527
DOJ-PROD-0002344532
DOJ-PROD-0002344544
DOJ-PROD-0002344545
DOJ-PROD-0002344550
DOJ-PROD-0002344571
DOJ-PROD-0002344572
DOJ-PROD-0002344577
DOJ-PROD-0002344579
DOJ-PROD-0002344584
DOJ-PROD-0002344585

DOJ-PROD-0002344590
DOJ-PROD-0002344592
DOJ-PROD-0002344597
DOJ-PROD-0002344599
DOJ-PROD-0002458087
DOJ-PROD-0002458089
DOJ-PROD-0002458163
DOJ-PROD-0002458165
DOJ-PROD-0002458170
DOJ-PROD-0002458177
DOJ-PROD-0002458184
DOJ-PROD-0002458223
DOJ-PROD-0002458227
DOJ-PROD-0002458228
DOJ-PROD-0002458408
DOJ-PROD-0002458414
DOJ-PROD-0002458445
DOJ-PROD-0002458452
DOJ-PROD-0002458515
DOJ-PROD-0002458516
DOJ-PROD-0002458521
DOJ-PROD-0002458523
DOJ-PROD-0002458537
DOJ-PROD-0002458538
DOJ-PROD-0002458543
DOJ-PROD-0002458544
DOJ-PROD-0002458585
DOJ-PROD-0002458586

DOJ-PROD-0002458644
DOJ-PROD-0002458646
DOJ-PROD-0002458677
DOJ-PROD-0002458678
DOJ-PROD-0002458808
DOJ-PROD-0002458809
DOJ-PROD-0002580355
DOJ-PROD-0002580356
DOJ-PROD-0002580472
DOJ-PROD-0002580473
DOJ-PROD-0002580487
DOJ-PROD-0002580488
DOJ-PROD-0002580493
DOJ-PROD-0002580494
DOJ-PROD-0002982111
DOJ-PROD-0002982112
DOJ-PROD-0002982117
DOJ-PROD-0003643914
DOJ-PROD-0003643915
DOJ-PROD-0003643920
DOJ-PROD-0003643921
DOJ-PROD-0003643922
DOJ-PROD-0003643923
DOJ-PROD-0003643940
DOJ-PROD-0003643941
DOJ-PROD-0003643944
DOJ-PROD-0003643945
DOJ-PROD-0003643946

DOJ-PROD-0003643947
DOJ-PROD-0003643952
DOJ-PROD-0003643953
DOJ-PROD-0003643954
DOJ-PROD-0003643955
DOJ-PROD-0003643966
DOJ-PROD-0003643967
DOJ-PROD-0003643978
DOJ-PROD-0003643979
DOJ-PROD-0003643980
DOJ-PROD-0003643981
DOJ-PROD-0003643988
DOJ-PROD-0003643989
DOJ-PROD-0003643992
DOJ-PROD-0003643993
DOJ-PROD-0003643994
DOJ-PROD-0003643995
DOJ-PROD-0003646185
DOJ-PROD-0003646186

PX-2130

## March 5, 2021 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 6 | Dr. Nader Pourhassan emails Dr. Scott Kelly and Michael Mulholland, copying Dr. Nitya Ray and Arian Colachis, requesting that Mulholland incorporate the quote that Dr. Kelly proposed, and noting that Dr. Pourhassan will be adding a quote himself. | 03/03/2021 6:41 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nitya Ray (CytoDyn), Arian Colachis (CytoDyn) |
| 7 | Michael Mulholland emails Dr. Nader Pourhassan and Dr. Scott Kelly, copying Dr. Nitya Ray and Arian Colachis, attaching "a v6 marked and clean ... for further review." | 03/04/2021 12:29 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Nitya Ray (CytoDyn), Arian Colachis (CytoDyn) |
| 8 | Dr. Scott Kelly emails Michael Mulholland and Dr. Nader Pourhassan, copying Dr. Nitya Ray and Arian Colachis, attaching a version of the press release that he notes contains his "minor edits." Dr. Kelly adds "[d]o we have a reference for Nader's quote? It would be beneficial for support . . . Nitya [Ray] please be sure to weigh in. We must get this right." | 03/04/2021 6:17 AM | Dr. Scott Kelly (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Arian Colachis (CytoDyn) |
| 9 | Michael Mulholland emails Dr. Scott Kelly and Dr. Nader Pourhassan, copying Dr. Nitya Ray and Arian Colachis, noting that the team did not yet have in its files "supporting documentation for Nader's quote nor the high level data summary[.]" | 03/04/2021 6:54 AM | Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Arian Colachis (CytoDyn) |
| 10 | Dr. Nitya Ray emails Michael Mulholland, Dr. Scott Kelly, and Dr. Nader Pourhassan, copying Arian Colachis, replying to Dr. Kelly's request for supporting documentation, and Mulholland's note that the team did not yet have such documentation, stating "[a]fter the MHRA meeting I will send my edits on Nader's quote. The quote is supported by a published study report (attached)[,]" attaching a report entitled "Tocilizumab in patients admitted to hospital with COVID-19 (RECOVERY): preliminary results of a randomized, controlled, open-label, platform trial[,]" file named "2021.02.11.21249258vl.full[.]" | 03/04/2021 7:22 AM | Dr. Nitya Ray (CytoDyn), Michael Mulholland (CytoDyn), Dr. Scott Kelly (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn) |
| 11 | Dr. Nader Pourhassan emails Dr. Nitya Ray, attaching a draft of the press release, file named "CYDY PR-CD12-Results-v5[.]" | 03/04/2021 9:27 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn) |
| 12 | Dr. Nader Pourhassan emails Dr. Mahboob Rahman, attaching a draft of the press release, file named "CYDY PR-CD12-Results-v5[.]" | 03/04/2021 9:37 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002344275
DOJ-PROD-0002344276
DOJ-PROD-0002344371
DOJ-PROD-0002344477
DOJ-PROD-0002344478
DOJ-PROD-0002344493
DOJ-PROD-0002344494
DOJ-PROD-0002344499
DOJ-PROD-0002344500
DOJ-PROD-0002344506
DOJ-PROD-0002344507
DOJ-PROD-0002344512
DOJ-PROD-0002344514
DOJ-PROD-0002344519
DOJ-PROD-0002344520
DOJ-PROD-0002344526
DOJ-PROD-0002344527
DOJ-PROD-0002344532
DOJ-PROD-0002344544
DOJ-PROD-0002344545
DOJ-PROD-0002344550
DOJ-PROD-0002344571
DOJ-PROD-0002344572
DOJ-PROD-0002344577
DOJ-PROD-0002344579
DOJ-PROD-0002344584
DOJ-PROD-0002344585

DOJ-PROD-0002344590
DOJ-PROD-0002344592
DOJ-PROD-0002344597
DOJ-PROD-0002344599
DOJ-PROD-0002458087
DOJ-PROD-0002458089
DOJ-PROD-0002458163
DOJ-PROD-0002458165
DOJ-PROD-0002458170
DOJ-PROD-0002458177
DOJ-PROD-0002458184
DOJ-PROD-0002458223
DOJ-PROD-0002458227
DOJ-PROD-0002458228
DOJ-PROD-0002458408
DOJ-PROD-0002458414
DOJ-PROD-0002458445
DOJ-PROD-0002458452
DOJ-PROD-0002458515
DOJ-PROD-0002458516
DOJ-PROD-0002458521
DOJ-PROD-0002458523
DOJ-PROD-0002458537
DOJ-PROD-0002458538
DOJ-PROD-0002458543
DOJ-PROD-0002458544
DOJ-PROD-0002458585
DOJ-PROD-0002458586

DOJ-PROD-0002458644
DOJ-PROD-0002458646
DOJ-PROD-0002458677
DOJ-PROD-0002458678
DOJ-PROD-0002458808
DOJ-PROD-0002458809
DOJ-PROD-0002580355
DOJ-PROD-0002580356
DOJ-PROD-0002580472
DOJ-PROD-0002580473
DOJ-PROD-0002580487
DOJ-PROD-0002580488
DOJ-PROD-0002580493
DOJ-PROD-0002580494
DOJ-PROD-0002982111
DOJ-PROD-0002982112
DOJ-PROD-0002982117
DOJ-PROD-0003643914
DOJ-PROD-0003643915
DOJ-PROD-0003643920
DOJ-PROD-0003643921
DOJ-PROD-0003643922
DOJ-PROD-0003643923
DOJ-PROD-0003643940
DOJ-PROD-0003643941
DOJ-PROD-0003643944
DOJ-PROD-0003643945
DOJ-PROD-0003643946

DOJ-PROD-0003643947
DOJ-PROD-0003643952
DOJ-PROD-0003643953
DOJ-PROD-0003643954
DOJ-PROD-0003643955
DOJ-PROD-0003643966
DOJ-PROD-0003643967
DOJ-PROD-0003643978
DOJ-PROD-0003643979
DOJ-PROD-0003643980
DOJ-PROD-0003643981
DOJ-PROD-0003643988
DOJ-PROD-0003643989
DOJ-PROD-0003643992
DOJ-PROD-0003643993
DOJ-PROD-0003643994
DOJ-PROD-0003643995
DOJ-PROD-0003646185
DOJ-PROD-0003646186

PX-2130

# March 5, 2021 Press Release (3)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 13 | Dr. Nader Pourhassan emails Dr. Kush Dhody, attaching a copy of the press release, file named "CYDY PR-CD12-Results-v5[.]" | 03/04/2021 9:40 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 14 | Dr. Nitya Ray emails Dr. Nader Pourhassan, attaching a version of the press release with file named "CYDY PR-CD12-Results-v5_nr[,]" stating "[p]lease see my edits on your quote" and "let me know if you want to discuss." | 03/04/2021 10:06 AM | Dr. Nitya Ray (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 15 | Dr. Nader Pourhassan emails Michael Mulholland, subject line "PR with Nitya's edits[,]" attaching a version of the press release with file named "CYDY PR-CD12-Results-v7[.]" | 03/04/2021 10:21 AM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 16 | Dr. Nader Pourhassan emails Dr. Otto Yang, attaching a copy of the press release with file named "CYDY PR-CD12-Results-v7[,]" noting, in part, "attached is a PR to go out on Friday late afternoon. Are you willing (and is UCLA allowing you) to give us a quote from you for this PR? I understand if you can't[.]" | 03/04/2021 10:25 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Otto Yang (Infectious Diseases Physician at UCLA) |
| 17 | Dr. Mahboob Rahman emails Dr. Nader Pourhassan, attaching an edited copy of the press release, file named "CYDY PR-CD12-Results-v5.MR[,]" stating "[p]lease see my edits in the attached." | 03/04/2021 10:31 AM | Dr. Mahboob Rahman (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 18 | Michael Mulholland emails Dr. Nader Pourhassan, attaching edited copies of the press release, files named "CYDY PR-CD12-Results-v8_MARKED" and "CYDY PR-CD12-Results-v8_CLEAN[.]" Language inserted by Mulholland includes that "leronlimab demonstrated a reduction of 24% in mortality compared to SoC, which is 12 times better in reducing all-cause mortality for critically ill COVID-19 patients." | 03/04/2021 10:53 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 19 | Michael Mulholland emails Arian Colachis edited copies of the press release, files named "CYDY PR-CD12-Results-v8_MARKED" and "CYDY PR-CD12-Results-v8_CLEAN[.]" | 03/04/2021 11:01 AM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 20 | Arian Colachis emails Michael Mulholland, attaching a version of the press release, file named "CYDY PR-CD12-Results-v8_CLEAN (002).ac[.]" | 03/04/2021 11:29 AM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |

© 2024 DOAR

**Sources**:

| | | | |
|---|---|---|---|
| | DOJ-PROD-0002344590 | DOJ-PROD-0002458644 | DOJ-PROD-0003643947 |
| DOJ-PROD-0002344275 | DOJ-PROD-0002344592 | DOJ-PROD-0002458646 | DOJ-PROD-0003643952 |
| DOJ-PROD-0002344276 | DOJ-PROD-0002344597 | DOJ-PROD-0002458677 | DOJ-PROD-0003643953 |
| DOJ-PROD-0002344371 | DOJ-PROD-0002344599 | DOJ-PROD-0002458678 | DOJ-PROD-0003643954 |
| DOJ-PROD-0002344477 | DOJ-PROD-0002458087 | DOJ-PROD-0002458808 | DOJ-PROD-0003643955 |
| DOJ-PROD-0002344478 | DOJ-PROD-0002458089 | DOJ-PROD-0002458809 | DOJ-PROD-0003643966 |
| DOJ-PROD-0002344493 | DOJ-PROD-0002458163 | DOJ-PROD-0002580355 | DOJ-PROD-0003643967 |
| DOJ-PROD-0002344494 | DOJ-PROD-0002458165 | DOJ-PROD-0002580356 | DOJ-PROD-0003643978 |
| DOJ-PROD-0002344499 | DOJ-PROD-0002458170 | DOJ-PROD-0002580472 | DOJ-PROD-0003643979 |
| DOJ-PROD-0002344500 | DOJ-PROD-0002458177 | DOJ-PROD-0002580473 | DOJ-PROD-0003643980 |
| DOJ-PROD-0002344506 | DOJ-PROD-0002458184 | DOJ-PROD-0002580487 | DOJ-PROD-0003643981 |
| DOJ-PROD-0002344507 | DOJ-PROD-0002458223 | DOJ-PROD-0002580488 | DOJ-PROD-0003643988 |
| DOJ-PROD-0002344512 | DOJ-PROD-0002458227 | DOJ-PROD-0002580493 | DOJ-PROD-0003643989 |
| DOJ-PROD-0002344514 | DOJ-PROD-0002458228 | DOJ-PROD-0002580494 | DOJ-PROD-0003643992 |
| DOJ-PROD-0002344519 | DOJ-PROD-0002458408 | DOJ-PROD-0002982111 | DOJ-PROD-0003643993 |
| DOJ-PROD-0002344520 | DOJ-PROD-0002458414 | DOJ-PROD-0002982112 | DOJ-PROD-0003643994 |
| DOJ-PROD-0002344526 | DOJ-PROD-0002458445 | DOJ-PROD-0002982117 | DOJ-PROD-0003643995 |
| DOJ-PROD-0002344527 | DOJ-PROD-0002458452 | DOJ-PROD-0003643914 | DOJ-PROD-0003646185 |
| DOJ-PROD-0002344532 | DOJ-PROD-0002458515 | DOJ-PROD-0003643915 | DOJ-PROD-0003646186 |
| DOJ-PROD-0002344544 | DOJ-PROD-0002458516 | DOJ-PROD-0003643920 | |
| DOJ-PROD-0002344545 | DOJ-PROD-0002458521 | DOJ-PROD-0003643921 | |
| DOJ-PROD-0002344550 | DOJ-PROD-0002458523 | DOJ-PROD-0003643922 | |
| DOJ-PROD-0002344571 | DOJ-PROD-0002458537 | DOJ-PROD-0003643923 | |
| DOJ-PROD-0002344572 | DOJ-PROD-0002458538 | DOJ-PROD-0003643940 | |
| DOJ-PROD-0002344577 | DOJ-PROD-0002458543 | DOJ-PROD-0003643941 | |
| DOJ-PROD-0002344579 | DOJ-PROD-0002458544 | DOJ-PROD-0003643944 | |
| DOJ-PROD-0002344584 | DOJ-PROD-0002458585 | DOJ-PROD-0003643945 | |
| DOJ-PROD-0002344585 | DOJ-PROD-0002458586 | DOJ-PROD-0003643946 | |

PX-2130

# March 5, 2021 Press Release (4)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 21 | Arian Colachis emails Michael Mulholland, attaching a version of the press release, with the file name "CYDY PR-CD12-Results-v8_CLEAN (002).ac ss[,]" noting that she "[h]ad our SEC counsel weigh in[.]" | 03/04/2021 12:19 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 22 | Dr. Nader Pourhassan emails Dr. Harish Seethamraju attaching a version of the press release with the file name "CYDY PR-CD12-Results-v10[,]" and asking, "[p]lease let me know if you can provide a quote for this PR?" | 03/04/2021 12:53 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Harish Seethamraju (Medical Director, Mount Sinai Lung Transplantation Program, and Pulmonary Critical Care Physician) |
| 23 | Michael Mulholland emails Dr. Nader Pourhassan, attaching a marked up version of the press release, with the file named "CYDY PR-CD12-Results-v8_CLEAN (002).ac ss[.]" | 03/04/2021 1:04 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 24 | Michael Mulholland emails clean and marked up versions of the press release to Dr. Nader Pourhassan, file named "CYDY PR-CD12-Results-v10_MARKED[.]" | 03/04/2021 1:24 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 25 | Michael Mulholland emails a version of the press release to Dr. Nader Pourhassan, file named "CYDY PR-CD12-Results-v11[,]" noting that Dr. Scott Kelly's quote should follow Dr. Harish Seethamraju's quote but appear before Pourhassan's quote. | 03/04/2021 4:04 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 26 | Dr. Kush Dhody emails Dr. Nader Pourhassan, attaching a marked up version of the press release with his edits, file named "CYDY PR-CD12-Results-v5_KD[.]" | 03/04/2021 4:22 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 27 | Dr. Scott Kelly emails a proposed quote to Dr. Nader Pourhassan, which Dr. Pourhassan then forwards to Michael Mulholland. | 03/04/2021 4:33 PM | Dr. Scott Kelly (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 28 | Dr. Nader Pourhassan emails Michael Mulholland, subject line "[a]dd yellow highlights please[,]" and attaching a version of the press release with the file name "CYDY PR-CD12-Results-Nader Yellow highlight[.]" | 03/04/2021 5:04 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 29 | Michael Mulholland emails Dr. Nader Pourhassan, attaching a revised version of the press release with file named "CYDY PR-CD12-Results-v12[.]" | 03/04/2021 5:05 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 30 | Michael Mulholland emails an updated version of the press release to Dr. Nader Pourhassan, file named "CYDY PR-CD12-Results-v13[.]" | 03/04/2021 5:16 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002344275
DOJ-PROD-0002344276
DOJ-PROD-0002344371
DOJ-PROD-0002344477
DOJ-PROD-0002344478
DOJ-PROD-0002344493
DOJ-PROD-0002344494
DOJ-PROD-0002344499
DOJ-PROD-0002344500
DOJ-PROD-0002344506
DOJ-PROD-0002344507
DOJ-PROD-0002344512
DOJ-PROD-0002344514
DOJ-PROD-0002344519
DOJ-PROD-0002344520
DOJ-PROD-0002344526
DOJ-PROD-0002344527
DOJ-PROD-0002344532
DOJ-PROD-0002344544
DOJ-PROD-0002344545
DOJ-PROD-0002344550
DOJ-PROD-0002344571
DOJ-PROD-0002344572
DOJ-PROD-0002344577
DOJ-PROD-0002344579
DOJ-PROD-0002344584
DOJ-PROD-0002344585

DOJ-PROD-0002344590
DOJ-PROD-0002344592
DOJ-PROD-0002344597
DOJ-PROD-0002344599
DOJ-PROD-0002458087
DOJ-PROD-0002458089
DOJ-PROD-0002458163
DOJ-PROD-0002458165
DOJ-PROD-0002458170
DOJ-PROD-0002458177
DOJ-PROD-0002458184
DOJ-PROD-0002458223
DOJ-PROD-0002458227
DOJ-PROD-0002458228
DOJ-PROD-0002458408
DOJ-PROD-0002458414
DOJ-PROD-0002458445
DOJ-PROD-0002458452
DOJ-PROD-0002458515
DOJ-PROD-0002458516
DOJ-PROD-0002458521
DOJ-PROD-0002458523
DOJ-PROD-0002458537
DOJ-PROD-0002458538
DOJ-PROD-0002458543
DOJ-PROD-0002458544
DOJ-PROD-0002458585
DOJ-PROD-0002458586

DOJ-PROD-0002458644
DOJ-PROD-0002458646
DOJ-PROD-0002458677
DOJ-PROD-0002458678
DOJ-PROD-0002458808
DOJ-PROD-0002458809
DOJ-PROD-0002580355
DOJ-PROD-0002580356
DOJ-PROD-0002580472
DOJ-PROD-0002580473
DOJ-PROD-0002580487
DOJ-PROD-0002580488
DOJ-PROD-0002580493
DOJ-PROD-0002580494
DOJ-PROD-0002982111
DOJ-PROD-0002982112
DOJ-PROD-0002982117
DOJ-PROD-0003643914
DOJ-PROD-0003643915
DOJ-PROD-0003643920
DOJ-PROD-0003643921
DOJ-PROD-0003643922
DOJ-PROD-0003643923
DOJ-PROD-0003643940
DOJ-PROD-0003643941
DOJ-PROD-0003643944
DOJ-PROD-0003643945
DOJ-PROD-0003643946

DOJ-PROD-0003643947
DOJ-PROD-0003643952
DOJ-PROD-0003643953
DOJ-PROD-0003643954
DOJ-PROD-0003643955
DOJ-PROD-0003643966
DOJ-PROD-0003643967
DOJ-PROD-0003643978
DOJ-PROD-0003643979
DOJ-PROD-0003643980
DOJ-PROD-0003643981
DOJ-PROD-0003643988
DOJ-PROD-0003643989
DOJ-PROD-0003643992
DOJ-PROD-0003643993
DOJ-PROD-0003643994
DOJ-PROD-0003643995
DOJ-PROD-0003646185
DOJ-PROD-0003646186

PX-2130

# March 5, 2021 Press Release (5)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 31 | Dr. Nader Pourhassan emails Dr. Mahboob Rahman, attaching a version of the press release with the file name "CYDY PR-CD12-Results-v13[,]" requesting a call with Dr. Rahman to discuss press release. | 03/04/2021 5:47 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 32 | Dr. Mahboob Rahman emails a version of the press release with his suggested edits to Dr. Nader Pourhassan, file name "CYDY PR-CD12-Results-v13.MR[.]" | 03/04/2021 8:40 PM | Dr. Mahboob Rahman (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 33 | Dr. Nader Pourhassan emails a version of the press release to Dr. Mahboob Rahman, file name "CYDY PR-CD12-Results-v15[.]" | 03/05/2021 9:48 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 34 | Dr. Nader Pourhassan emails Michael Mulholland, Arian Colachis, and Dr. Mahboob Rahman, noting that "Mahboob and I are 100% aligned with this version" and attaching a version of the press release with the file name "CYDY PR-CD12-Results-v16[.]" | 03/05/2021 10:00 AM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn), Dr. Mahboob Rahman (CytoDyn) |
| 35 | Dr. Nader Pourhassan emails the press release to Arian Colachis and Michael Mulholland with request to "please use this" version, attaching version with file name "CYDY PR-CD12-Results-v17[.]" | 03/05/2021 10:07 AM | Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 36 | Arian Colachis emails Michael Mulholland, attaching a version of the press release, with file name "CYDY PR-CD12-Results-v17[,]" noting "[h]ere are a few comments to use and I will keep working on it as well[.]" | 03/05/2021 11:15 AM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 37 | Arian Colachis emails Michael Mulholland, including a suggestion for the press release. File named "CYDY PR-CD12-Results-v17[.]" | 03/05/2021 11:22 AM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 38 | Arian Colachis emails Michael Mulholland and Dr. Nader Pourhassan, attaching a version of the press release, with file name "CYDY PR-CD12-Results-revised semi-final.v1[,]" noting "I created a new subfolder and called this semi-finalv1[, i]t's going to need work but here you go[.]" | 03/05/2021 12:04 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 39 | Michael Mulholland emails Arian Colachis, subject line "WAS in the middle of the attached when yours arrived" and attaching a version of the press release, with file name "CYDY PR-CD12-Results-v19.3[.]" | 03/05/2021 12:06 PM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |

© 2024 DOAR

**Sources**:

| | | | |
|---|---|---|---|
| | DOJ-PROD-0002344590 | DOJ-PROD-0002458644 | DOJ-PROD-0003643947 |
| DOJ-PROD-0002344275 | DOJ-PROD-0002344592 | DOJ-PROD-0002458646 | DOJ-PROD-0003643952 |
| DOJ-PROD-0002344276 | DOJ-PROD-0002344597 | DOJ-PROD-0002458677 | DOJ-PROD-0003643953 |
| DOJ-PROD-0002344371 | DOJ-PROD-0002344599 | DOJ-PROD-0002458678 | DOJ-PROD-0003643954 |
| DOJ-PROD-0002344477 | DOJ-PROD-0002458087 | DOJ-PROD-0002458808 | DOJ-PROD-0003643955 |
| DOJ-PROD-0002344478 | DOJ-PROD-0002458089 | DOJ-PROD-0002458809 | DOJ-PROD-0003643966 |
| DOJ-PROD-0002344493 | DOJ-PROD-0002458163 | DOJ-PROD-0002580355 | DOJ-PROD-0003643967 |
| DOJ-PROD-0002344494 | DOJ-PROD-0002458165 | DOJ-PROD-0002580356 | DOJ-PROD-0003643978 |
| DOJ-PROD-0002344499 | DOJ-PROD-0002458170 | DOJ-PROD-0002580472 | DOJ-PROD-0003643979 |
| DOJ-PROD-0002344500 | DOJ-PROD-0002458177 | DOJ-PROD-0002580473 | DOJ-PROD-0003643980 |
| DOJ-PROD-0002344506 | DOJ-PROD-0002458184 | DOJ-PROD-0002580487 | DOJ-PROD-0003643981 |
| DOJ-PROD-0002344507 | DOJ-PROD-0002458223 | DOJ-PROD-0002580488 | DOJ-PROD-0003643988 |
| DOJ-PROD-0002344512 | DOJ-PROD-0002458227 | DOJ-PROD-0002580493 | DOJ-PROD-0003643989 |
| DOJ-PROD-0002344514 | DOJ-PROD-0002458228 | DOJ-PROD-0002580494 | DOJ-PROD-0003643992 |
| DOJ-PROD-0002344519 | DOJ-PROD-0002458408 | DOJ-PROD-0002982111 | DOJ-PROD-0003643993 |
| DOJ-PROD-0002344520 | DOJ-PROD-0002458414 | DOJ-PROD-0002982112 | DOJ-PROD-0003643994 |
| DOJ-PROD-0002344526 | DOJ-PROD-0002458445 | DOJ-PROD-0002982117 | DOJ-PROD-0003643995 |
| DOJ-PROD-0002344527 | DOJ-PROD-0002458452 | DOJ-PROD-0003643914 | DOJ-PROD-0003646185 |
| DOJ-PROD-0002344532 | DOJ-PROD-0002458515 | DOJ-PROD-0003643915 | DOJ-PROD-0003646186 |
| DOJ-PROD-0002344544 | DOJ-PROD-0002458516 | DOJ-PROD-0003643920 | |
| DOJ-PROD-0002344545 | DOJ-PROD-0002458521 | DOJ-PROD-0003643921 | |
| DOJ-PROD-0002344550 | DOJ-PROD-0002458523 | DOJ-PROD-0003643922 | |
| DOJ-PROD-0002344571 | DOJ-PROD-0002458537 | DOJ-PROD-0003643923 | |
| DOJ-PROD-0002344572 | DOJ-PROD-0002458538 | DOJ-PROD-0003643940 | |
| DOJ-PROD-0002344577 | DOJ-PROD-0002458543 | DOJ-PROD-0003643941 | |
| DOJ-PROD-0002344579 | DOJ-PROD-0002458544 | DOJ-PROD-0003643944 | |
| DOJ-PROD-0002344584 | DOJ-PROD-0002458585 | DOJ-PROD-0003643945 | |
| DOJ-PROD-0002344585 | DOJ-PROD-0002458586 | DOJ-PROD-0003643946 | |

PX-2130

## March 5, 2021 Press Release (6)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 40 | Michael Mulholland emails version of the press release with file name "CYDY PR-CD12-Results-revised semi-final.v1_mdm[.]" | 03/05/2021 12:27 PM | Michael Mulholland (CytoDyn) |
| 41 | Dr. Nader Pourhassan emails version of the press release to Arian Colachis and Michael Mulholland, file name "CYDY PR-CD12-Results-v20[.]" | 03/05/2021 12:30 PM | Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 42 | Michael Mulholland emails "semi-final.v1" version of the press release, file named "CYDY PR-CD12-Results-revised semi-final.v1 mdm mdm[.]" | 03/05/2021 12:57 PM | Michael Mulholland (CytoDyn) |
| 43 | Michael Mulholland emails "revised semi-final" version of the press release to Arian Colachis "[f]or you[r] incorporation into your master[.]" File named "CYDY PR-CD12-Results-revised semi-final.v1_mdm mdm[.]" | 03/05/2021 12:57 PM | Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 44 | Arian Colachis emails Michael Mulholland with proposed "[f]inal" quote for Dr. Nader Pourhassan. | 03/05/2021 1:05 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 45 | Arian Colachis emails Dr. Nader Pourhassan with the proposed quote for Pourhassan attached. | 03/05/2021 1:07 PM | Arian Colachis (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 46 | Michael Mulholland emails "[p]roposed [f]inal" version of the press release, file named "CYDY PR-CD12-Results-revised semi-final.v1_mdm mdm.ac Proposed Final CLEAN[.]" | 03/05/2021 1:22 PM | Michael Mulholland (CytoDyn) |
| 47 | Arian Colachis emails "[p]roposed [f]inal" version of the press release to Michael Mulholland, file named "CYDY PR-CD12-Results-revised semi-final.v1_mdm mdm.ac Proposed Final CLEAN_ac[.]" | 03/05/2021 1:33 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 48 | Michael Mullholland emails "PROPOSED FINAL" version of the press release, file named "CYDY PR-CD12-Results_ac.mdm PROPOSED FINAL - MARKED[.]" | 03/05/2021 1:37 PM | Michael Mulholland (CytoDyn) |
| 49 | Dr. Kush Dhody emails a version of the press release to Dr. Nader Pourhassan, with file name "CYDY PR-CD12-Results-revised semi-final.v1_mdm mdm.ac Proposed Final CLEAN_[.]" | 03/05/2021 1:43 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

**Sources**:

| | | | |
|---|---|---|---|
| DOJ-PROD-0002344275 | DOJ-PROD-0002344590 | DOJ-PROD-0002458644 | DOJ-PROD-0003643947 |
| DOJ-PROD-0002344276 | DOJ-PROD-0002344592 | DOJ-PROD-0002458646 | DOJ-PROD-0003643952 |
| DOJ-PROD-0002344371 | DOJ-PROD-0002344597 | DOJ-PROD-0002458677 | DOJ-PROD-0003643953 |
| DOJ-PROD-0002344477 | DOJ-PROD-0002344599 | DOJ-PROD-0002458678 | DOJ-PROD-0003643954 |
| DOJ-PROD-0002344478 | DOJ-PROD-0002458087 | DOJ-PROD-0002458808 | DOJ-PROD-0003643955 |
| DOJ-PROD-0002344493 | DOJ-PROD-0002458089 | DOJ-PROD-0002458809 | DOJ-PROD-0003643966 |
| DOJ-PROD-0002344494 | DOJ-PROD-0002458163 | DOJ-PROD-0002580355 | DOJ-PROD-0003643967 |
| DOJ-PROD-0002344499 | DOJ-PROD-0002458165 | DOJ-PROD-0002580356 | DOJ-PROD-0003643978 |
| DOJ-PROD-0002344500 | DOJ-PROD-0002458170 | DOJ-PROD-0002580472 | DOJ-PROD-0003643979 |
| DOJ-PROD-0002344506 | DOJ-PROD-0002458177 | DOJ-PROD-0002580473 | DOJ-PROD-0003643980 |
| DOJ-PROD-0002344507 | DOJ-PROD-0002458184 | DOJ-PROD-0002580487 | DOJ-PROD-0003643981 |
| DOJ-PROD-0002344512 | DOJ-PROD-0002458223 | DOJ-PROD-0002580488 | DOJ-PROD-0003643988 |
| DOJ-PROD-0002344514 | DOJ-PROD-0002458227 | DOJ-PROD-0002580493 | DOJ-PROD-0003643989 |
| DOJ-PROD-0002344519 | DOJ-PROD-0002458228 | DOJ-PROD-0002580494 | DOJ-PROD-0003643992 |
| DOJ-PROD-0002344520 | DOJ-PROD-0002458408 | DOJ-PROD-0002982111 | DOJ-PROD-0003643993 |
| DOJ-PROD-0002344526 | DOJ-PROD-0002458414 | DOJ-PROD-0002982112 | DOJ-PROD-0003643994 |
| DOJ-PROD-0002344527 | DOJ-PROD-0002458445 | DOJ-PROD-0002982117 | DOJ-PROD-0003643995 |
| DOJ-PROD-0002344532 | DOJ-PROD-0002458452 | DOJ-PROD-0003643914 | DOJ-PROD-0003646185 |
| DOJ-PROD-0002344544 | DOJ-PROD-0002458515 | DOJ-PROD-0003643915 | DOJ-PROD-0003646186 |
| DOJ-PROD-0002344545 | DOJ-PROD-0002458516 | DOJ-PROD-0003643920 | |
| DOJ-PROD-0002344550 | DOJ-PROD-0002458521 | DOJ-PROD-0003643921 | |
| DOJ-PROD-0002344571 | DOJ-PROD-0002458523 | DOJ-PROD-0003643922 | |
| DOJ-PROD-0002344572 | DOJ-PROD-0002458537 | DOJ-PROD-0003643923 | |
| DOJ-PROD-0002344577 | DOJ-PROD-0002458538 | DOJ-PROD-0003643940 | |
| DOJ-PROD-0002344579 | DOJ-PROD-0002458543 | DOJ-PROD-0003643941 | |
| DOJ-PROD-0002344584 | DOJ-PROD-0002458544 | DOJ-PROD-0003643944 | |
| DOJ-PROD-0002344585 | DOJ-PROD-0002458585 | DOJ-PROD-0003643945 | |
| | DOJ-PROD-0002458586 | DOJ-PROD-0003643946 | |

PX-2130

# March 5, 2021 Press Release (7)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 50 | Dr. Nader Pourhassan emails a "revised semi-final…Proposed Final" version of the press release to Michael Mulholland, file named "CYDY PR-CD12-Results-revised semi-final.v1_mdm mdm.ac Proposed Final CLEAN_[.]" | 03/05/2021 1:45 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 51 | Arian Colachis emails a "PROPOSED FINAL" version of the press release to Michael Mulholland with "minor nits[,]" file named "CYDY PR-CD12-Results_ac.mdm PROPOSED FINAL - CLEAN[.]" | 03/05/2021 1:56 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 52 | Press release is published on GlobeNewswire. | 03/05/2021 2:47 PM | |

© 2024 DOAR

**Sources**:

| | | | |
|---|---|---|---|
| | DOJ-PROD-0002344590 | DOJ-PROD-0002458644 | DOJ-PROD-0003643947 |
| DOJ-PROD-0002344275 | DOJ-PROD-0002344592 | DOJ-PROD-0002458646 | DOJ-PROD-0003643952 |
| DOJ-PROD-0002344276 | DOJ-PROD-0002344597 | DOJ-PROD-0002458677 | DOJ-PROD-0003643953 |
| DOJ-PROD-0002344371 | DOJ-PROD-0002344599 | DOJ-PROD-0002458678 | DOJ-PROD-0003643954 |
| DOJ-PROD-0002344477 | DOJ-PROD-0002458087 | DOJ-PROD-0002458808 | DOJ-PROD-0003643955 |
| DOJ-PROD-0002344478 | DOJ-PROD-0002458089 | DOJ-PROD-0002458809 | DOJ-PROD-0003643966 |
| DOJ-PROD-0002344493 | DOJ-PROD-0002458163 | DOJ-PROD-0002580355 | DOJ-PROD-0003643967 |
| DOJ-PROD-0002344494 | DOJ-PROD-0002458165 | DOJ-PROD-0002580356 | DOJ-PROD-0003643978 |
| DOJ-PROD-0002344499 | DOJ-PROD-0002458170 | DOJ-PROD-0002580472 | DOJ-PROD-0003643979 |
| DOJ-PROD-0002344500 | DOJ-PROD-0002458177 | DOJ-PROD-0002580473 | DOJ-PROD-0003643980 |
| DOJ-PROD-0002344506 | DOJ-PROD-0002458184 | DOJ-PROD-0002580487 | DOJ-PROD-0003643981 |
| DOJ-PROD-0002344507 | DOJ-PROD-0002458223 | DOJ-PROD-0002580488 | DOJ-PROD-0003643988 |
| DOJ-PROD-0002344512 | DOJ-PROD-0002458227 | DOJ-PROD-0002580493 | DOJ-PROD-0003643989 |
| DOJ-PROD-0002344514 | DOJ-PROD-0002458228 | DOJ-PROD-0002580494 | DOJ-PROD-0003643992 |
| DOJ-PROD-0002344519 | DOJ-PROD-0002458408 | DOJ-PROD-0002982111 | DOJ-PROD-0003643993 |
| DOJ-PROD-0002344520 | DOJ-PROD-0002458414 | DOJ-PROD-0002982112 | DOJ-PROD-0003643994 |
| DOJ-PROD-0002344526 | DOJ-PROD-0002458445 | DOJ-PROD-0002982117 | DOJ-PROD-0003643995 |
| DOJ-PROD-0002344527 | DOJ-PROD-0002458452 | DOJ-PROD-0003643914 | DOJ-PROD-0003646185 |
| DOJ-PROD-0002344532 | DOJ-PROD-0002458515 | DOJ-PROD-0003643915 | DOJ-PROD-0003646186 |
| DOJ-PROD-0002344544 | DOJ-PROD-0002458516 | DOJ-PROD-0003643920 | |
| DOJ-PROD-0002344545 | DOJ-PROD-0002458521 | DOJ-PROD-0003643921 | |
| DOJ-PROD-0002344550 | DOJ-PROD-0002458523 | DOJ-PROD-0003643922 | |
| DOJ-PROD-0002344571 | DOJ-PROD-0002458537 | DOJ-PROD-0003643923 | |
| DOJ-PROD-0002344572 | DOJ-PROD-0002458538 | DOJ-PROD-0003643940 | |
| DOJ-PROD-0002344577 | DOJ-PROD-0002458543 | DOJ-PROD-0003643941 | |
| DOJ-PROD-0002344579 | DOJ-PROD-0002458544 | DOJ-PROD-0003643944 | |
| DOJ-PROD-0002344584 | DOJ-PROD-0002458585 | DOJ-PROD-0003643945 | |
| DOJ-PROD-0002344585 | DOJ-PROD-0002458586 | DOJ-PROD-0003643946 | |

PX-2130

## March 30, 2021 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. John Bream emails Dr. Nader Pourhassan, stating "I do think that information needs to be made public. I turned around this information into a release for you to consider." Dr. Bream includes draft language for a potential press release. | 03/29/2021 6:59 PM | Dr. John Bream (outside consultant), Dr. Nader Pourhassan (CytoDyn) |
| 2 | Dr. Nader Pourhassan sends Dr. Kush Dhody the draft press release shared by Dr. John Bream, stating "FYI – Please let me know if you are okay with the below suggestion as a PR for tomorrow." | 03/29/2021 7:34 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex) |
| 3 | Dr. Kush Dhody emails Dr. Pourhassan, sending his "changes/additions," incorporating comments and edits into the body of the email. | 03/29/2021 8:16 PM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 4 | Dr. Nader Pourhassan emails Michael Mulholland and Arian Colachis, attaching a version of the press release with the file name "Leronlimab Decreased Mortality at 14 Days by 82-v2-Kush-Nader[,]" noting "[t]his was approved by Kush." | 03/29/2021 8:35 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 5 | Dr. Nader Pourhassan emails Dr. Kush Dhody's edits to the press release to Michael Mulholland. | 03/29/2021 8:37 PM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 6 | Dr. Nader Pourhassan emails Dr. Nitya Ray, copying Michael Mulholland and Arian Colachis, attaching a version of the press release with the file name "Leronlimab Decreased Mortality at 14 Days by 82-v2-Kush-Nader[,]" stating "Dear Nitya: Kush approves that attached release. Please let us know if you want to edit or add anything." | 03/29/2021 8:40 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 7 | Dr. Nitya Ray emails revised version of the press release with his edits incorporated to Dr. Nader Pourhassan, copying Michael Mulholland and Arian Colachis, noting "[p]lease see attached my edits, especially changes made for dexamethasone." File named "Leronlimab Decreased Mortality at 14 Days by 82-v2-Kush-Nader_nitya[.]" | 03/29/2021 9:14 PM | Dr. Nitya Ray (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 8 | Michael Mulholland emails revised version of the press release to Dr. Nader Pourhassan and Arian Colachis, copying Dr. Nitya Ray, file named "Leronlimab Decreased Mortality at 14 Days by 82-v2-Kush-Nader_v3.NR.mdm[.]" | 03/29/2021 9:53 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Arian Colachis (CytoDyn), Dr. Nitya Ray (CytoDyn) |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002470355
DOJ-PROD-0002470357
DOJ-PROD-0002470393
DOJ-PROD-0002585486
DOJ-PROD-0002585502
DOJ-PROD-0002585536
DOJ-PROD-0002585539
DOJ-PROD-0002585550
DOJ-PROD-0002585551
DOJ-PROD-0002585561
DOJ-PROD-0002585562
DOJ-PROD-0002585588
DOJ-PROD-0002585598
DOJ-PROD-0003179512
DOJ-PROD-0003179513
DOJ-PROD-0003644471

DOJ-PROD-0003644472
DOJ-PROD-0003644476
DOJ-PROD-0003644477

PX-2131

## March 30, 2021 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 9 | Arian Colachis emails a draft of the press release to Michael Mulholland, with the file name "Leronlimab Decreased Mortality at 14 Days by 82-v2-Kush-Nader_v3.NR.mdm.ac[.]" | 03/29/2021 11:28 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 10 | Michael Mulholland emails a draft of the press release, file named "Leronlimab Decreased Mortality at 14 Days by 82-v2-Kush-Nader_v3.NR.mdm.ac_CLEAN[.]" | 03/30/2021 12:01 AM | Michael Mulholland (CytoDyn) |
| 11 | Michael Mulholland emails "[a]dvance copy of press release scheduled for issuance pre-market" to Dr. Nader Pourhassan, Dr. Scott Kelly, Jordan Naydenov, Samir Patel, and Alan Timmins, copying Arian Colachis, Erin Letey, Chandra Eidt, Jeff Burleson, and Antonio Migliarese. | 03/30/2021 1:28 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn), Jordan Naydenov (CytoDyn), Samir Patel (CytoDyn), Alan Timmins (CytoDyn), Arian Colachis (CytoDyn), Erin Letey (Fox Rothschild), Chandra Eidt (Seed IP Law Group), Jeff Burleson (Warren Averett), Antonio Migliarese (CytoDyn) |
| 12 | Michael Mulholland emails a copy of the press release to Dr. Nader Pourhassan. | 03/30/2021 1:29 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 13 | Michael Mulholland emails the press release that will be "issued pre-market on March 30" to Aimee Hunter, Andrew Snegireff, Antonio Migliarese, Arian Colachis, Bernie Cunningham, Bianca Boshmans, Brian Brothen, Charles Hosman, Christopher Recknor, Cristina De Leon, Erin-Kate Barton, Franchesca Beltran, George Bitar, Janet Flisak, Jeff Presson, John Chandler, Joseph Meidling, Mahboob Rahman, Michelle Werber, Mike Lightcap, Minxiu Chen, Dr. Nitya Ray, Prasanta Patel, and Tessa Perrine. | 03/30/2021 3:00 AM | Michael Mulholland (CytoDyn), Aimee Hunter (CytoDyn), Andrew Snegireff (CytoDyn), Antonio Migliarese (CytoDyn), Arian Colachis (CytoDyn), Bernie Cunningham (CytoDyn), Bianca Boschmans (CytoDyn), Brian Brothen (CytoDyn), Charles Hosman (CytoDyn), Christopher Recknor (CytoDyn), Cristina De Leon (CytoDyn), Erin-Erin-Kate Barton (CytoDyn), Franchesca Beltran (CytoDyn), George Bitar (CytoDyn), Janet Flisak (CytoDyn), Jeff Presson (CytoDyn), John Chandler (CytoDyn), Joseph Meidling (CytoDyn), Mahboob Rahman (CytoDyn), Michelle Werber (CytoDyn), Mike Lightcap (CytoDyn), Minxiu Chen (CytoDyn), Dr. Nitya Ray (CytoDyn), Prasanta Patel (CytoDyn), Tessa Perrine (CytoDyn) |
| 14 | Press release is published on GlobeNewswire. | 03/30/2021 3:00 AM | |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002470355
DOJ-PROD-0002470357
DOJ-PROD-0002470393
DOJ-PROD-0002585486
DOJ-PROD-0002585502
DOJ-PROD-0002585536
DOJ-PROD-0002585539
DOJ-PROD-0002585550
DOJ-PROD-0002585551
DOJ-PROD-0002585561
DOJ-PROD-0002585562
DOJ-PROD-0002585588
DOJ-PROD-0002585598
DOJ-PROD-0003179512
DOJ-PROD-0003179513
DOJ-PROD-0003644471

DOJ-PROD-0003644472
DOJ-PROD-0003644476
DOJ-PROD-0003644477

PX-2131

# November 3, 2021 Press Release (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Dr. Nader Pourhassan emails Michael Mulholland requesting that he draft a press release about mTNBC trial results. | 11/02/2021 11:53 AM | Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 2 | Michael Mulholland emails Dr. Nader Pourhassan, copying Antonio Migliarese, attaching a draft press release, incorporating comments. File named "PR-CYDY (11.3.21) re mTNBC_v1[.]" | 11/02/2021 2:20 PM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Antonio Migliarese (CytoDyn) |
| 3 | Dr. Nader Pourhassan emails Dr. Nitya Ray and Michael Mulholland, subject line "Accuracy[,]" attaching a copy of the press release and stating "Dear Nitya: Please check the accuracy of what we are saying in this PR and also add a quote if you like from you . . . Mike: I added a little to my quote. Please feel free to edit it." | 11/02/2021 3:06 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Michael Mulholland (CytoDyn) |
| 4 | Dr. Nitya Ray emails Dr. Nader Pourhassan, copying Michael Mulholland, attaching a revised version of the press release. File named "PR-CYDY(11.3.21)-mTNBC-v2_nr[.]" | 11/02/2021 5:10 PM | Dr. Nitya Ray (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn) |
| 5 | Dr. Nader Pourhassan emails Dr. Nitya Ray, copying Michael Mulholland, telling Dr. Ray "[e]xcellent edits. Accepted all of them[,]" and attaching new version of the press release. File named "PR-CYDY(11.3.21)-mTNBC-v3_nr[.]" | 11/02/2021 5:20 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Michael Mulholland (CytoDyn) |
| 6 | Michael Mulholland emails Mary Ann Frantz, copying Antonio Migliarese, Cristina De Leon, and Dr. Nader Pourhassan, attaching a draft of the press release and requesting Ms. Frantz's "review and comment this evening[.]" | 11/02/2021 6:23 PM | Michael Mulholland (CytoDyn), Mary Ann Frantz (Miller Nash), Antonio Migliarese (CytoDyn), Cristina De Leon (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 7 | Dr. Nader Pourhassan emails Dr. Scott Kelly, attaching the draft press release, and stating: "If you would like to put a quote here please do and if you have any edits let me know." | 11/02/2021 7:22 PM | Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn) |
| 8 | Dr. Scott Kelly emails Dr. Nader Pourhassan, attaching a revised version of the press release, and stating "[p]lease see my suggested minimal edits." File named "PR-CYDY(11.3.21)-mTNBC-v3_nr[51][.]" | 11/02/2021 8:16 PM | Dr. Scott Kelly (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 9 | Dr. Nader Pourhassan emails Antonio Migliarese, attaching the draft press release. File named "PR-CYDY(11.3.21)-mTNBC-v3_nr[51][.]" | 11/02/2021 9:08 PM | Dr. Nader Pourhassan (CytoDyn), Antonio Migliarese (CytoDyn) |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002668368
DOJ-PROD-0002668369
DOJ-PROD-0002668373
DOJ-PROD-0002668374
DOJ-PROD-0002697063
DOJ-PROD-0002697071
DOJ-PROD-0002697073
DOJ-PROD-0002730556
DOJ-PROD-0002730560
DOJ-PROD-0002730563
DOJ-PROD-0002730633
DOJ-PROD-0002730635
DOJ-PROD-0002809152
DOJ-PROD-0003201353
DOJ-PROD-0003646003
DOJ-PROD-0003646005

PX-2132

## November 3, 2021 Press Release (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 10 | Mary Ann Frantz emails the press release with "Comments in Track Changes" to Michael Mulholland, copying Antonio Migliarese and Dr. Nader Pourhassan. File named "PR-CYDY(11.3.21)-mTNBC-v3_nr_mdm (clean)[.]" | 11/02/2021 9:09 PM | Mary Ann Frantz (Miller Nash), Michael Mulholland (CytoDyn), Antonio Migliarese (CytoDyn), Dr. Nader Pourhassan (CytoDyn) |
| 11 | Antonio Migliarese emails "Final" version of the press release from Mary Ann Frantz to Dr. Nader Pourhassan, copying Michael Mulholland and Cristina De Leon, for review, stating "[f]inal mTNBC PR for review, this is Mary Ann's version just sent with changes from Scott [Kelly] and Nitya [Ray] added in." File named "PR-CYDY(11.3.21)-mTNBC-v4 (clean)[.]" | 11/02/2021 9:20 PM | Antonio Migliarese (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Michael Mulholland (CytoDyn), Cristina De Leon (CytoDyn) |
| 12 | Dr. Nader Pourhassan forwards Antonio Migliarese's email to Cristina De Leon, copying Antonio Migliarese, noting "[t]his is the version ready to go." File named "PR-CYDY(11.3.21)-mTNBC-v4 (clean)[.]" | 11/02/2021 9:23 PM | Dr. Nader Pourhassan (CytoDyn), Cristina De Leon (CytoDyn), Antonio Migliarese (CytoDyn) |
| 13 | Press release is published on GlobeNewswire. | 11/03/2021 3:00 AM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002668368
DOJ-PROD-0002668369
DOJ-PROD-0002668373
DOJ-PROD-0002668374
DOJ-PROD-0002697063
DOJ-PROD-0002697071
DOJ-PROD-0002697073
DOJ-PROD-0002730556
DOJ-PROD-0002730560
DOJ-PROD-0002730563
DOJ-PROD-0002730633
DOJ-PROD-0002730635
DOJ-PROD-0002809152
DOJ-PROD-0003201353
DOJ-PROD-0003646003
DOJ-PROD-0003646005

# April 9, 2020 Form 10-Q (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Disclosure Committee meeting conducted to discuss Quarter-End Disclosure topics. Participants include Craig Eastwood, Dr. Nader Pourhassan, Dr. Nitya Ray, Michael Mulholland, Antonio Migliarese, Lucas Smith, and Arian Colachis. | 03/31/2020 2:00 PM | Craig Eastwood (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Michael Mulholland (CytoDyn), Antonio Migliarese (CytoDyn), Lucas Smith (CytoDyn), Arian Colachis (CytoDyn) |
| 2 | Craig Eastwood emails Dr. Nitya Ray, copying Antonio Migliarese, requesting representation letter "regarding the status of the BLA filing, and the completeness of documentation/readiness with respect to such filing." | 04/02/2020 9:24 PM | Craig Eastwood (CytoDyn), Dr. Nitya Ray (CytoDyn), Antonio Migliarese (CytoDyn) |
| 3 | Dr. Nitya Ray emails Craig Eastwood, copying Antonio Migliarese, and attaching a signed representation letter on the status of the BLA filing, stating "[a]s of the date of this memo, the status of filing the CMC 'Chemistry, Manufacturing and Controls' portion of CytoDyn's BLA for HIV-Combination therapy is 30 April 2020[.]" Dr. Ray further states "[b]ased on my knowledge and experience with Biologics, Biologics manufacturing and filing of BLA's I have no reason to believe that the FDA will reject the CMC portion of the Company's BLA." | 04/03/2020 5:31 PM | Dr. Nitya Ray (CytoDyn), Craig Eastwood (CytoDyn), Antonio Migliarese (CytoDyn) |
| 4 | Craig Eastwood emails Alan Timmins, Jordan Naydenov, and Jeff Burleson, copying Arian Colachis and Dr. Nader Pourhassan, with documents in advance of the Audit Committee meeting to be held on April 7, 2020. The documents include an agenda for the meeting, CytoDyn financials, and draft minutes of the Disclosure Committee meeting held on December 20, 2019, among others. The email is subsequently forwarded by Craig Eastwood to Antonio Migliarese. | 04/03/2020 9:02 PM 9:04 PM | Craig Eastwood (CytoDyn), Alan Timmins (CytoDyn), Jordan Naydenov (CytoDyn), Jeff Burleson (Warren Averett), Arian Colachis (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Antonio Migliarese (CytoDyn) |
| 5 | Antonio Migliarese forwards to Michael Mulholland the email attaching the documents in advance of the Audit Committee meeting. | 04/05/2020 12:44 PM | Antonio Migliarese (CytoDyn), Michael Mulholland (CytoDyn) |
| 6 | Audit Committee meeting conducted to discuss and approve the Form 10-Q for filing, among other matters. The motion to approve the Form 10-Q was unanimously approved. Participants include Alan Timmins, Jordan Naydenov, Jeff Burleson, Craig Eastwood, Antonio Migliarese, Arian Colachis, and Mary Bright. | 04/07/2020 8:00 AM | Alan Timmins (CytoDyn), Jordan Naydenov (CytoDyn), Jeff Burleson (Warren Averett), Craig Eastwood (CytoDyn), Antonio Migliarese (CytoDyn), Arian Colachis (CytoDyn), Mary Bright (Warren Averett) |

© 2024 DOAR

## Sources:

DOJ-PROD-0002361263
DOJ-PROD-0002376320
DOJ-PROD-0002519062
DOJ-PROD-0002519064
DOJ-PROD-0002712672
DOJ-PROD-0002712674
DOJ-PROD-0002950838
DOJ-PROD-0002951271
DOJ-PROD-0003646594

PX-2133

## April 9, 2020 Form 10-Q (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 7 | Donnelley Financial Solutions emails proofs of Form 10-Q to Antonio Migliarese. | 04/07/2020 4:08 PM | Donnelley Financial Solutions, Antonio Migliarese (CytoDyn) |
| 8 | Antonio Migliarese emails Craig Eastwood and Michael Mulholland noting receipt of the draft Form 10-Q from Donnelley Financial Solutions. | 04/07/2020 4:16 PM | Antonio Migliarese (CytoDyn), Craig Eastwood (CytoDyn), Michael Mulholland (CytoDyn) |
| 9 | Antonio Migliarese emails Michael Mulholland the "almost (hopefully) final draft" of the Form 10-Q. | 04/09/2020 2:45 AM | Antonio Migliarese (CytoDyn), Michael Mulholland (CytoDyn) |
| 10 | SEC accepts filing of the Form 10-Q. | 04/09/2020 1:44 PM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002361263
DOJ-PROD-0002376320
DOJ-PROD-0002519062
DOJ-PROD-0002519064
DOJ-PROD-0002712672
DOJ-PROD-0002712674
DOJ-PROD-0002950838
DOJ-PROD-0002951271
DOJ-PROD-0003646594

PX-2133

## August 14, 2020 Form 10-K (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Disclosure Committee meeting conducted to discuss Quarter-End Disclosure Topics. Participants include Michael Mulholland, Dr. Nader Pourhassan, Dr. Nitya Ray, Antonio Migliarese, Dr. Scott Kelly, Arian Colachis, and Dr. Kazem Kazempour. | 06/26/2020 10:00 AM | Michael Mulholland (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Nitya Ray (CytoDyn), Antonio Migliarese (CytoDyn), Dr. Scott Kelly (CytoDyn), Arian Colachis (CytoDyn), Dr. Kazem Kazempour (Amarex) |
| 2 | Antonio Migliarese emails Michael Mulholland, attaching a draft 10-K. File named "00. CYDY 10-K FY 5.31.20 – V1.0[.]" | 07/31/2020 5:42 PM | Antonio Migliarese (CytoDyn), Michael Mulholland (CytoDyn) |
| 3 | Antonio Migliarese emails Devin Jammer, Jeff Burleson, and Mary Bright, copying Patrick Hawekotte and Michael Mulholland, stating "[p]lease find attached preliminary draft of 10-K along with tie-out version and tie-out support." Migliarese attaches the draft 10-K. File named "00. CYDY 10-K FY 5.31.20 - V1.0 Changes Accepted[.]" | 07/31/2020 10:08 PM | Antonio Migliarese (CytoDyn), Devin Jammer (J.P. Morgan), Jeff Burleson (Warren Averett), Mary Bright (Warren Averett), Patrick Hawekotte (CytoDyn), Michael Mulholland (CytoDyn) |
| 4 | Dev Swaly emails Antonio Migliarese and Patrick Hawekotte, copying Jeff Burleson, Mary Bright, and Michael Mulholland, subject line "10-K Initial Comments," attaching a revised version of the draft Form 10-K. File named "CytoDyn 10-K_DS Comments_8-3-20[.]" | 08/04/2020 9:11 PM | Dev Swaly (Warren Averett), Antonio Migliarese (CytoDyn), Patrick Hawekotte (CytoDyn), Jeff Burleson (Warren Averett), Mary Bright (Warren Averett), Michael Mulholland (CytoDyn) |
| 5 | Donnelley Financial Solutions emails proofs of Form 10-K to Michael Mulholland. | 08/08/2020 5:42 AM | Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 6 | Antonio Migliarese emails Donnelley Financial Solutions, copying Michael Mulholland, with handwritten changes to the Form 10-K. | 08/09/2020 12:19 PM | Antonio Migliarese (CytoDyn), Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 7 | Donnelley Financial Solutions emails revised proofs of Form 10-K to Michael Mulholland. | 08/09/2020 2:21 PM | Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 8 | Michael Mulholland emails Alan Timmins, Jordan Naydenov, and Jeff Burleson, copying Jared Holum, Dev Swaly, Antonio Migliarese, Arian Colachis, Dr. Nader Pourhassan, and Dr. Scott Kelly, attaching documents ahead of Audit Committee meeting. Attached documents include meeting agenda and draft of Form 10-K. | 08/10/2020 3:32 AM | Michael Mulholland (CytoDyn), Alan Timmins (CytoDyn), Jordan Naydenov (CytoDyn), Jeff Burleson (Warren Averett), Jared Holum (Perkins & Co), Dev Swaly (Warren Averett), Antonio Migliarese (CytoDyn), Arian Colachis (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn) |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002388454
DOJ-PROD-0002424980
DOJ-PROD-0002534317
DOJ-PROD-0002534318
DOJ-PROD-0002534421
DOJ-PROD-0002534422
DOJ-PROD-0002534521
DOJ-PROD-0002534550
DOJ-PROD-0002535487
DOJ-PROD-0002535488
DOJ-PROD-0002535607
DOJ-PROD-0002535609
DOJ-PROD-0002535658
DOJ-PROD-0002535659
DOJ-PROD-0002538356
DOJ-PROD-0002538357

DOJ-PROD-0002541103
DOJ-PROD-0002541104
DOJ-PROD-0002547642
DOJ-PROD-0002712690
DOJ-PROD-0002765663
DOJ-PROD-0002958347
DOJ-PROD-0002958349
DOJ-PROD-0003091654
DOJ-PROD-0003173382
DOJ-PROD-0003642557

PX-2134

## August 14, 2020 Form 10-K (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 9 | Jeff Burleson emails Michael Mulholland and Antonio Migliarese, copying Dev Swaly, Wayne Dunn, and Mary Bright with "initial comments" on Form 10-K draft. File named "CytoDyn draft Form 10-K JJB initial comments[.]" | 08/10/2020 3:15 PM | Jeff Burleson (Warren Averett), Michael Mulholland (CytoDyn), Antonio Migliarese (CytoDyn), Dev Swaly (Warren Averett), Wayne Dunn (Warren Averett), Mary Bright (Warren Averett) |
| 10 | Michael Mulholland emails Jeff Burleson, Wayne Dunn, Dev Swaly, and Mary Bright, copying Arian Colachis and Antonio Migliarese with updated Form 10-K for "final mark-up edits." File named "CytoDyn Draft Form 10-K FYE 5.31.20_as of 8.11.20_547pmPT_w Exhibits[.]" | 08/11/2020 6:03 PM | Michael Mulholland (CytoDyn), Jeff Burleson (Warren Averett), Wayne Dunn (Warren Averett), Dev Swaly (Warren Averett), Mary Bright (Warren Averett), Arian Colachis (CytoDyn), Antonio Migliarese (CytoDyn) |
| 11 | Michael Mulholland emails Alan Timmins, Jordan Naydenov, and Jeff Burleson, copying Jared Holum, Dev Swaly, Antonio Migliarese, Arian Colachis, Dr. Nader Pourhassan, and Dr. Scott Kelly reattaching documents ahead of Audit Committee meeting. Attached documents include the "most current version" of Form 10-K. File named "CytoDyn Draft Form 10-K FYE 5.31.20_as of 8.11.20_547pmPT_w Exhibits[.]" | 08/11/2020 7:34 PM | Michael Mulholland (CytoDyn), Alan Timmins (CytoDyn), Jordan Naydenov (CytoDyn), Jeff Burleson (Warren Averett), Jared Holum (Perkins & Co), Dev Swaly (Warren Averett), Antonio Migliarese (CytoDyn), Arian Colachis (CytoDyn), Dr. Nader Pourhassan (CytoDyn), Dr. Scott Kelly (CytoDyn) |
| 12 | Arian Colachis emails Michael Mulholland, copying Antonio Migliarese regarding "new proofs" for Form 10-K. | 08/11/2020 8:55 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn), Antonio Migliarese (CytoDyn) |
| 13 | Audit Committee meeting conducted to discuss and approve the Form 10-K for filing, among other matters. The motion to approve the Form 10-K was unanimously approved. Participants include Alan Timmins, Jordan Naydenov, Jeff Burleson, Michael Mulholland, Antonio Migliarese, Arian Colachis, Dev Swaly, and Jared Holum. | 08/12/2020 8:00 AM | Alan Timmins (CytoDyn), Jordan Naydenov (CytoDyn), Jeff Burleson (Warren Averett), Michael Mulholland (CytoDyn), Antonio Migliarese (CytoDyn), Arian Colachis (CytoDyn), Dev Swaly (Warren Averett), Jared Holum (Perkins & Co) |
| 14 | Donnelley Financial Solutions emails "new proofs" of Form 10-K to Michael Mulholland. | 08/13/2020 7:16 AM | Michael Mulholland (CytoDyn) |
| 15 | SEC accepts filing of Form 10-K. | 08/14/2020 2:18 PM | |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002388454
DOJ-PROD-0002424980
DOJ-PROD-0002534317
DOJ-PROD-0002534318
DOJ-PROD-0002534421
DOJ-PROD-0002534422
DOJ-PROD-0002534521
DOJ-PROD-0002534550
DOJ-PROD-0002535487
DOJ-PROD-0002535488
DOJ-PROD-0002535607
DOJ-PROD-0002535609
DOJ-PROD-0002535658
DOJ-PROD-0002535659
DOJ-PROD-0002538356
DOJ-PROD-0002538357
DOJ-PROD-0002541103
DOJ-PROD-0002541104

DOJ-PROD-0002547642
DOJ-PROD-0002712690
DOJ-PROD-0002765663
DOJ-PROD-0002958347
DOJ-PROD-0002958349
DOJ-PROD-0003091654
DOJ-PROD-0003173382
DOJ-PROD-0003642557

PX-2134

# March 8, 2021 Form 8-K (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Donnelley Financial Solutions emails proofs of Form 8-K to Arian Colachis. | 03/01/2021 3:48 AM | Donnelley Financial Solutions, Arian Colachis (CytoDyn) |
| 2 | Arian Colachis forwards to Michael Mulholland the proofs received regarding the Form 8-K. | 03/01/2021 3:26 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 3 | Dr. Kush Dhody emails Dr. Nader Pourhassan, copying Dr. Kazem Kazempour, Dr. Ahmad Bayat, Dr. Taraneh Tarjoman, Hana Mekonnen and Victoria Martin, sharing a "V2.0" document combining executive summary and addendum for the leronlimab COVID-19 study. File named "20210304_CytoDyn - Leronlimab_CD12_COVID-19_Executive Summary_v2.0[.]" | 03/05/2021 7:05 AM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn), Dr. Kazem Kazempour (Amarex), Dr. Ahmad Bayat (Amarex), Dr. Taraneh Tarjoman (Amarex), Hana Mekonnen (Amarex), Victoria Martin (Amarex) |
| 4 | Dr. Nader Pourhassan emails Dr. Kush Dhody, copying Dr. Mahboob Rahman, Dr. Nitya Ray, Dr. Christopher Recknor, Dr. Harish Seethamraju, Dr. Otto Yang, Dr. Nicholas Agresti, and Dr. Scott Kelly, sharing a "new executive summary that includes all the original and the addendum." File named "20210304_CytoDyn - Leronlimab_CD12_COVID-19_Executive Summary_v2.0[.]" | 03/05/2021 10:34 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Mahboob Rahman (CytoDyn), Dr. Nitya Ray (CytoDyn), Dr. Christopher Recknor (CytoDyn), Dr. Harish Seethamraju (Medical Director, Mount Sinai Lung Transplantation Program, and Pulmonary Critical Care Physician), Dr. Otto Yang (Infectious Diseases Physician at UCLA), Dr. Nicholas Agresti (Gastroenterologist Physician at Southeast Georgia Health System), Dr. Scott Kelly (CytoDyn) |
| 5 | Donnelley Financial Solutions emails "new proofs" of Form 8-K to Michael Mulholland and Arian Colachis. | 03/08/2021 12:23 AM | Donnelley Financial Solutions, Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 6 | Arian Colachis emails Donnelley Financial Solutions, copying Michael Mulholland, subject line "RUSH – Please return proofs as soon as possible," stating "[m]orning – we would like to file this 8-K around 3/3:30 today. Please return proofs as soon as possible. Thank you!" Files named "CytoDyn Form 8-K_2021_03-08.Executive Summary of CD 12 Data.v2" and "Executive Summary-03-05-2021-CD12[.]" | 03/08/2021 7:36 AM | Arian Colachis (CytoDyn), Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 7 | Arian Colachis emails Dr. Kush Dhody and Dr. Kazem Kazempour, copying Dr. Nader Pourhassan, subject line "Executive Summary – version 2 dated 3.4.2021[,]" stating "Kush/Kazem – I need the 'word' version of the Executive Summary (pdf copy attached) as soon as possible for printing[,]" in connection with the Form 8-K filing. File named "Executive Summary-03-05-2021-CD12[.]" | 03/08/2021 8:17 AM | Arian Colachis (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Kazem Kazempour (Amarex), Dr. Nader Pourhassan (CytoDyn) |

PX-2135

© 2024 DOAR

# March 8, 2021 Form 8-K (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 8 | Dr. Kush Dhody emails Arian Colachis and Dr. Kazem Kazempour, copying Dr. Nader Pourhassan, attaching "the MS Word version of the executive summary for [the] CD12 study." File named "20210304_CytoDyn - Leronlimab_CD12_COVID-19_Executive Summary_v2.0[.]" | 03/08/2021 8:32 AM | Dr. Kush Dhody (Amarex), Arian Colachis (CytoDyn), Dr. Kazem Kazempour (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 9 | Arian Colachis emails Donnelley Financial Solutions, copying Michael Mulholland, attaching the Word version of the executive summary for the CD12 study, and noting "[h]ere you go! Thank you[,] [p]lease disregard the pdf copy I sent previously." | 03/08/2021 8:38 AM | Arian Colachis (CytoDyn), Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 10 | Donnelley Financial Solutions emails "new proofs" of Form 8-K to Michael Mulholland. | 03/08/2021 2:07 PM | Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 11 | Donnelley Financial Solutions emails Arian Colachis, attaching "new proofs" of Form 8-K, and noting that the proof "is approved for filing[.]" | 03/08/2021 2:16 PM | Donnelley Financial Solutions, Arian Colachis (CytoDyn) |
| 12 | SEC accepts filing of Form 8-K. | 03/08/2021 2:27 PM | |

PX-2135

© 2024 DOAR

# March 8, 2021 Form 8-K (1)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 1 | Donnelley Financial Solutions emails proofs of Form 8-K to Arian Colachis. | 03/01/2021 3:48 AM | Donnelley Financial Solutions, Arian Colachis (CytoDyn) |
| 2 | Arian Colachis forwards to Michael Mulholland the proofs received regarding the Form 8-K. | 03/01/2021 3:26 PM | Arian Colachis (CytoDyn), Michael Mulholland (CytoDyn) |
| 3 | Dr. Kush Dhody emails Dr. Nader Pourhassan, copying Dr. Kazem Kazempour, Dr. Ahmad Bayat, Dr. Taraneh Tarjoman, Hana Mekonnen and Victoria Martin, sharing a "V2.0" document combining executive summary and addendum for the leronlimab COVID-19 study. File named "20210304_CytoDyn - Leronlimab_CD12_COVID-19_Executive Summary_v2.0[.]" | 03/05/2021 7:05 AM | Dr. Kush Dhody (Amarex), Dr. Nader Pourhassan (CytoDyn), Dr. Kazem Kazempour (Amarex), Dr. Ahmad Bayat (Amarex), Dr. Taraneh Tarjoman (Amarex), Hana Mekonnen (Amarex), Victoria Martin (Amarex) |
| 4 | Dr. Nader Pourhassan emails Dr. Kush Dhody, copying Dr. Mahboob Rahman, Dr. Nitya Ray, Dr. Christopher Recknor, Dr. Harish Seethamraju, Dr. Otto Yang, Dr. Nicholas Agresti, and Dr. Scott Kelly, sharing a "new executive summary that includes all the original and the addendum." File named "20210304_CytoDyn - Leronlimab_CD12_COVID-19_Executive Summary_v2.0[.]" | 03/05/2021 10:34 AM | Dr. Nader Pourhassan (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Mahboob Rahman (CytoDyn), Dr. Nitya Ray (CytoDyn), Dr. Christopher Recknor (CytoDyn), Dr. Harish Seethamraju (Medical Director, Mount Sinai Lung Transplantation Program, and Pulmonary Critical Care Physician), Dr. Otto Yang (Infectious Diseases Physician at UCLA), Dr. Nicholas Agresti (Gastroenterologist Physician at Southeast Georgia Health System), Dr. Scott Kelly (CytoDyn) |
| 5 | Donnelley Financial Solutions emails "new proofs" of Form 8-K to Michael Mulholland and Arian Colachis. | 03/08/2021 12:23 AM | Donnelley Financial Solutions, Michael Mulholland (CytoDyn), Arian Colachis (CytoDyn) |
| 6 | Arian Colachis emails Donnelley Financial Solutions, copying Michael Mulholland, subject line "RUSH – Please return proofs as soon as possible," stating "[m]orning – we would like to file this 8-K around 3/3:30 today. Please return proofs as soon as possible. Thank you!" Files named "CytoDyn Form 8-K_2021_03-08.Executive Summary of CD 12 Data.v2" and "Executive Summary-03-05-2021-CD12[.]" | 03/08/2021 7:36 AM | Arian Colachis (CytoDyn), Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 7 | Arian Colachis emails Dr. Kush Dhody and Dr. Kazem Kazempour, copying Dr. Nader Pourhassan, subject line "Executive Summary – version 2 dated 3.4.2021[,]" stating "Kush/Kazem – I need the 'word' version of the Executive Summary (pdf copy attached) as soon as possible for printing[,]" in connection with the Form 8-K filing. File named "Executive Summary-03-05-2021-CD12[.]" | 03/08/2021 8:17 AM | Arian Colachis (CytoDyn), Dr. Kush Dhody (Amarex), Dr. Kazem Kazempour (Amarex), Dr. Nader Pourhassan (CytoDyn) |

© 2024 DOAR

**Sources**:

DOJ-PROD-0002344617

DOJ-PROD-0002344618

DOJ-PROD-0002344660

DOJ-PROD-0002577256

DOJ-PROD-0002581112

DOJ-PROD-0002581326

DOJ-PROD-0002773592

DOJ-PROD-0002773636

DOJ-PROD-0002982209

DOJ-PROD-0003644172

## March 8, 2021 Form 8-K (2)

| Layer of Review | Type | Date / Time (PST) | Persons on Relevant Correspondence |
|---|---|---|---|
| 8 | Dr. Kush Dhody emails Arian Colachis and Dr. Kazem Kazempour, copying Dr. Nader Pourhassan, attaching "the MS Word version of the executive summary for [the] CD12 study." File named "20210304_CytoDyn - Leronlimab_CD12_COVID-19_Executive Summary_v2.0[.]" | 03/08/2021 8:32 AM | Dr. Kush Dhody (Amarex), Arian Colachis (CytoDyn), Dr. Kazem Kazempour (Amarex), Dr. Nader Pourhassan (CytoDyn) |
| 9 | Arian Colachis emails Donnelley Financial Solutions, copying Michael Mulholland, attaching the Word version of the executive summary for the CD12 study, and noting "[h]ere you go! Thank you[,] [p]lease disregard the pdf copy I sent previously." | 03/08/2021 8:38 AM | Arian Colachis (CytoDyn), Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 10 | Donnelley Financial Solutions emails "new proofs" of Form 8-K to Michael Mulholland. | 03/08/2021 2:07 PM | Donnelley Financial Solutions, Michael Mulholland (CytoDyn) |
| 11 | Donnelley Financial Solutions emails Arian Colachis, attaching "new proofs" of Form 8-K, and noting that the proof "is approved for filing[.]" | 03/08/2021 2:16 PM | Donnelley Financial Solutions, Arian Colachis (CytoDyn) |
| 12 | SEC accepts filing of Form 8-K. | 03/08/2021 2:27 PM | |

© 2024 DOAR

**Sources**:
DOJ-PROD-0002344617
DOJ-PROD-0002344618
DOJ-PROD-0002344660
DOJ-PROD-0002577256
DOJ-PROD-0002581112
DOJ-PROD-0002581326
DOJ-PROD-0002773592
DOJ-PROD-0002773636
DOJ-PROD-0002982209
DOJ-PROD-0003644172

PX-2135