# Exhibit B

DRAFT

# *USA v. Kazempour*

Summary Charts

10-10-24

# CYDY Warrants Exercised by CYDY Executives/Directors and External Consultants from April 27 - July 8, 2020

Case 3:23-cv-06440-RK   Document 2242   Filed 10/29/24   Page 3 of 13



KX140, KX175, KX177, KX178, DKX230, KX233, KX271, KX272, KX273, KX333, KX335, KX336, KX337, KX349, KX356, KX392, GX004, GX702, GX703, GX707, PX219

KX 488

# CYDY Warrants Exercised by CYDY Executives/Directors and External Consultants from April 27 - July 8, 2020

Case 3:23-cv-06440-PX   Document 2242   Filed 10/29/24   Page 4 of 13



KX140, KX175, KX177, KX178, DKX230, KX233, KX271, KX272, KX273, KX333, KX335, KX336, KX337, KX349, KX356, KX392, GX004, GX702, GX703, GX707, PX219

KX 489

# All CYDY Warrants Exercised from April 27 - July 8, 2020



KX140, KX175, KX177, KX178, DKX230, KX233, KX271, KX272, KX273, KX333, KX335, KX336, KX337, KX349, KX356, KX392, GX004, GX702, GX703, GX707, PX219

# CYDY Warrants Exercised by CYDY Executives/Directors and External Consultants from April 27 - July 8, 2020

Case 3:23-cv-00440-PX   Document 242   Filed 10/25/24   Page 6 of 13



### April 27 - May 8: 7,208,668 Warrants Exercised

Paulson, 133,070

**Executives and Directors**

### May 8 - July 8: 7,178,102 Warrants Exercised

McCarthy, Maddon, Sacha, Maddon, Patel, Maddon, Burg, Rae, Melchior, Schatz, Kazempour, Maddon, Paulson, Patel, Caracciolo, Callaham

- CYDY Executives/Directors
- External Consultants

KX140, KX175, KX177, KX178, DKX230, KX233, KX271, KX272, KX273, KX333, KX335, KX336, KX337, KX349, KX356, KX392, GX004, GX702, GX703, GX707, PX219

KX 491

# CYDY Warrants Exercised by CYDY Executives/Directors and External Consultants from April 27 - July 8, 2020

Case 3:23-cv-06440-PA   Document 2242   Filed 10/29/24   Page 7 of 13



### April 27 - May 8:
### 7,208,668 Warrants Exercised

- Paulson, 133,070
- Kelly, 1,447,882
- Burger, 215,616
- Pourhassan, 5,412,100



### May 8 - July 8:
### 7,178,102 Warrants Exercised

- Burg, 150,000
- Maddon, 200,000
- Patel, 1,180
- Maddon, 130,000
- McCarthy, 37,500
- Sacha, 50,000
- Rae, 50,000
- Melchior, 215,000
- Schatz, 150,000
- Kazempour, 150,000
- Maddon, 240,000
- Maddon, 160,000
- Paulson, 659,584
- Patel, 781,504
- Caracciolo, 1,333,334
- Callaham, 2,870,000

KX140, KX175, KX177, KX178, DKX230, KX233, KX271, KX272, KX273, KX333, KX335, KX336, KX337, KX349, KX356, KX392, GX004, GX702, GX703, GX707, PX219

KX 492

# CYDY Stock: Price per Share at Closing, April - July 2020

Case 3:22-cv-00449-RX   Document 224-1   Filed 10/23/24   Page 8 of 13



KX253

KX 493

# CYDY Stock: Price per Share at Closing, April - July 2020

Case 3:22-cr-00442-PX   Document 223-1   Filed 07/15/24   Page 9 of 13



KX253

# CYDY Stock: Price per Share at Closing, April - July 2020



KX253, KX019, KX140, KX199/GX064, KX220, KX400, GX008, GX035, GX046, GX059

# Stock Sales by CYDY Executives/Directors and External Consultants Over $100,000 from April 27 - July 8, 2020

Case 8:22-cv-00440-FX    Document 224-8    Filed 10/28/24    Page 11 of 13



KX400, KX175, KX177, KX178, KX230, KX233, KX271, KX333, KX335, KX336, KX337, KX339, KX341, KX349, KX356, KX392, KX393, KX396, GX004, GX702, GX703, GX707, PX219

# Aggregated Stock Sales by CYDY Executives/Directors and External Consultants Over $100,000 from April 27 - July 8, 2020

Case 2:21-cr-00440-RK   Document 124-2   Filed 10/23/24   Page 12 of 13



KX400, KX175, KX177, KX178, KX230, KX233, KX271, KX333, KX335, KX336, KX337, KX339, KX341, KX349, KX356, KX392, KX393, KX396, GX004, GX702, GX703, GX707, PX219

# Stock Sales by CYDY Executives/Directors and External Consultants Over $100,000 from April 27 - July 8, 2020



Case 8:22-cv-00648-FX   Document 224-2   Filed 10/23/24   Page 13 of 13

KX400, KX175, KX177, KX178, KX230, KX233, KX271, KX333, KX335, KX336, KX337, KX339, KX341, KX349, KX356, KX392, KX393, KX396, GX004, GX702, GX703, GX707, PX219

KX 498