**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **UNITED STATES OF AMERICA** | |
| **v.** | |
| **NADER POURHASSAN and KAZEM KAZEMPOUR,** | **CRIMINAL NO. 8:22-cr-00440-PX** |
| **Defendants.** | |

## <u>ORDER</u>

Upon consideration of the Government's Motion to Exclude Defendants' Summary Exhibits, it is, this _____ day of _____ 2024,

**ORDERED** that Defendant Pourhassan's summary exhibits intended to be introduced through expert or summary witness Professor Jonathan Macey are excluded.

**ORDERED** that Defendant Kazempour's summary exhibits are excluded.

_____
The Honorable Paula Xinis
United States District Judge