Linklaters

Linklaters LLP
601 Thirteenth Street, N.W.
Suite 400 South
Washington, DC 20005
Telephone (+1) 202 654 9200
adam.lurie@linklaters.com

**Via ECF**

The Honorable Paula Xinis
United States District Judge
United States District Court for
the District of Maryland
6500 Cherrywood Lane, Suite 255
Greenbelt, MD 20770

August 19, 2026

**Re: *United States v. Nader Pourhassan*, No. 8:22-cr-00440-PX**

Dear Judge Xinis:

We write to respectfully request that the Court postpone Dr. Nader Pourhassan's self-surrender date from September 3, 2026, *see* ECF No. 421, to October 15, 2026. Neither the Government nor Pretrial Services object to this request.

Two motions relevant to this request remain pending before the Court. The first is Dr. Pourhassan's motion to continue bail and stay forfeiture and restitution, which raises substantial legal issues bearing on his sentence. *See* ECF No. 399. That motion also details Dr. Pourhassan's full compliance with every condition of his supervised release, his strong community ties, and the absence of any flight risk or danger to the public. *See id*. The second is the Government's motion to amend the Court's restitution order to include the losses of four additional CytoDyn investors. *See* ECF No. 403. Briefing on both motions is complete, and each remains ripe for decision.

Since the completion of briefing on these motions, Dr. Pourhassan wishes to update the Court regarding a development relevant to the pending restitution motions and to Dr. Pourhassan's Notice of Related Civil Settlement and Request for Restitution Offset. *See* ECF Nos. 399, 402, 403. On June 18, 2026, the United States District Court for the Western District of Washington preliminarily approved the class action settlement in *Courter v. CytoDyn Inc.*, Case No. 3:21-cv-05190-BHS, under which the settlement class will receive 49 million shares of CytoDyn common stock and $500,000 in cash, together valued at approximately $16.17 million (as of November 24, 2025). That court has scheduled a final settlement hearing for November 2, 2026 to determine whether to grant final approval. As 18 U.S.C. § 3664(j)(2) requires that restitution ordered in this case be offset by amounts CytoDyn shareholders recover through a civil proceeding for the same loss, the *Courter* settlement's advancement from a proposed to a preliminarily approved settlement bears directly on the restitution ordered here. We will continue to keep the Court apprised of further developments in the *Courter* settlement.

Given this pending development, and as Dr. Pourhassan's September 3, 2026 self-report date approaches while the parties await the Court's rulings, a modest extension is warranted to avoid requiring Dr. Pourhassan to submit to the Bureau of Prisons' custody prior to the Court's decision, or before Dr. Pourhassan can seek relief from the Fourth Circuit if his motion to continue bail is denied.

Accordingly, we respectfully request that the Court extend Dr. Pourhassan's self-surrender date to October 15, 2026. We thank the Court for its time and consideration of this request.

Yours sincerely,

Adam Lurie
Partner