**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

UNITED STATES OF AMERICA,

v.

NADER POURHASSAN,

Defendant.

Criminal Action No. PX-22-440

# ORDER

For the reasons stated at ECF No. 425, and without objection from the Government or Pretrial Services, the Court HEREBY EXTENDS Defendant Dr. Nader Pourhassan's self-surrender date to **Thursday, October 15, 2026, at 2:00 p.m.** Dr. Pourhassan shall remain on all previously imposed conditions of pretrial supervision.

So Ordered.

Dated: August 20, 2026

/S/
Paula Xinis
United States District Judge