**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NADER POURHASSAN,<br><br>Defendant. | Criminal No. 8:22-cr-00440-PX |

**ORDER**

AND NOW, this 8th day of October, 2026, upon consideration of the motion of Defendant Nader Pourhassan to extend the deadline by which he must surrender to the custody of the Bureau of Prisons, which the government does not oppose, and noting Defendant's filing on October 5, 2026 of a Motion for Release Pending Appeal with the U.S. Court of Appeals for the Fourth Circuit (No. 26-4602, ECF No. 25-1), it is hereby **ORDERED** that:

Unless the Fourth Circuit grants his Motion, Defendant Pourhassan must surrender to the designated institution by 2 p.m. on November 16, 2026 OR, if his Motion remains pending in the Fourth Circuit as of November 15, 2026, within forty-eight hours of that court's denial of his Motion.

/s/
Hon. Paula Xinis
United States District Judge